PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:    (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

MARY JO WHITE (*pro hac vice* forthcoming)
mjwhite@debevoise.com
ANDREW J. CERESNEY (*pro hac vice* forthcoming)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone: (212) 909-6000
Facsimile:   (212) 909-6836

Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>         v.<br><br>RIPPLE LABS INC., a Delaware Corporation, XRP II, LLC, a South Carolina limited liability company, BRADLEY GARLINGHOUSE, an individual,  and DOES 1 through 10, inclusive,<br><br>                   Defendants. | CASE NO.: 18-cv-3286<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P 7.1 AND LOCAL CIVIL RULE 3-15** |

1  Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (together,
2  "Defendants") disclose the following information for the limited purpose of complying with Rule
3  7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of
4  California.
5  Ripple Labs Inc. has no parent corporation. SBI Holdings Inc. is a publicly held corporation
6  that owns 10% or more of the stock of Ripple Labs Inc.
7  The parent corporation of XRP II, LLC is Ripple Labs Inc. No publicly held corporation
8  owns 10% or more of the membership interests in XRP, II LLC.
9  Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the
10  named parties, there is no such interest to report.
11  Defendants reserve the right to supplement this disclosure statement if needed.
12  DATED: June 1, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/Peter B. Morrison*_____
Peter B. Morrison
Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS          CASE NO.: 18-cv-3286