PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:      (650) 470-4570

Attorneys for Defendants
Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse

JAMES Q. TAYLOR-COPELAND (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944

Attorney for Plaintiff Ryan Coffey

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>     v.<br><br>RIPPLE LABS INC., *et al.*,<br><br>                          Defendants. | CASE NO.: 3:18-cv-03286<br><br>**STIPULATION REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO CIVIL L.R. 6-1(a)** |

1. WHEREAS, on June 1, 2018, Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively, "Defendants"), removed this matter from the Superior Court of the State of California, County of San Francisco ("San Francisco Superior Court"), to the United States District Court for the Northern District of California;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' current deadline to answer, move, or otherwise respond to the complaint is June 8, 2018;

WHEREAS, the parties have agreed upon a brief extension of Defendants' time to answer, move, or otherwise respond to the complaint;

WHEREAS, the stipulated change to Defendants' time to answer, move, or otherwise respond to Plaintiff's complaint will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-1(A), IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1. Defendants' deadline to answer, move, or otherwise respond to the complaint is extended to June 22, 2018 to allow the parties to continue discussing whether they can agree on a lengthier extension of time;

2. The extension of Defendants' deadline to answer, move, or otherwise respond to the complaint to June 22, 2018 is without prejudice to Defendants' right to seek relief from any deadlines from the Court;

//
//
//
//
//
//
//
//

1  3. Nothing herein shall be deemed to constitute a waiver of any rights, claims,
2  defenses, motions, or objections that a party may have or make with respect to service, jurisdiction,
3  venue and/or the claims set forth in this action.
4  **IT IS SO STIPULATED.**
5  DATED: June 1, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Peter B. Morrison*
Peter B. Morrison
Attorneys For Defendants
Ripple Labs Inc., XRP II, LLC, And
Bradley Garlinghouse

DATED: June 1, 2018

TAYLOR-COPELAND LAW

By:  */s/ James Q. Taylor-Copeland*
James Q. Taylor-Copeland
Attorney For Plaintiff
Ryan Coffey

**E-FILING ATTESTATION**

I, Peter Morrison, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: June 1, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/Peter B. Morrison*_____
       PETER B. MORRISON