1  PETER B. MORRISON (SBN 230148)
   peter.morrison@skadden.com
2  VIRGINIA F. MILSTEAD (SBN 234578)
   virginia.milstead@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071
   Telephone: (213) 687-5000
5  Facsimile:    (213) 687-5600

6  JOHN NEUKOM (SBN 275887)
   john.neukom@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
8  Palo Alto, California 94301
   Telephone: (650) 470-4500
9  Facsimile:  (650) 470-4570

10 MARY JO WHITE (*pro hac vice* pending)
   mjwhite@debevoise.com
11 ANDREW J. CERESNEY (*pro hac vice* pending)
   aceresney@debevoise.com
12 DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
13 New York, New York  10022
   Telephone: (212) 909-6000
14 Facsimile:   (212) 909-6836

15 Attorney for Defendants
   Ripple Labs Inc., XRP II, LLC, and Bradley
16 Garlinghouse

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., a Delaware Corporation, XRP II, LLC, a South Carolina limited liability company, BRADLEY GARLINGHOUSE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 3:18cv3286<br><br>**NOTICE OF APPEARANCE** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that attorney John Neukom, Skadden, Arps, Slate, Meagher &

3  Flom, LLP is appearing in this matter, in addition to those who have previously appeared as

4  counsel on behalf of Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse

5  ("Defendants").

6      Defendants hereby requests that all notices, including electronic ("ECF") notices, given or

7  required to be given, and all papers filed or served or required to be served in the above-captioned

8  matter, be provided to or served upon Defendants' counsel at the address set forth below:

9

10                        JOHN NEUKOM (SBN 275887)
                      john.neukom@skadden.com

11                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                      525 University Avenue, Suite 1400

12                        Palo Alto, California 94301
                      Telephone:   (650) 470-4500
                      Facsimile:    (650) 470-4570

13

14  Dated: June 4, 2018

15

16                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

17                By:        */s/ John Neukom*
                                John Neukom

18                            Attorney for Defendants
                  Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse

19

20

21

22

23

24

25

26

27

28