PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:    (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

MARY JO WHITE (*pro hac vice* pending)
mjwhite@debevoise.com
ANDREW J. CERESNEY (*pro hac vice* pending)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone: (212) 909-6000
Facsimile:   (212) 909-6836

Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, and Bradley
Garlinghouse

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RIPPLE LABS INC., a Delaware Corporation, XRP II, LLC, a South Carolina limited liability company, BRADLEY GARLINGHOUSE, an individual,  and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 3:18cv3286 <br><br> **NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Virginia F. Milstead, Skadden, Arps, Slate, Meagher & Flom, LLP is appearing in this matter, in addition to those who have previously appeared as counsel on behalf of Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants").

Defendants hereby requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to or served upon Defendants' counsel at the address set forth below:

> VIRGINIA F. MILSTEAD (SBN 234578)
> virginia.milstead@skadden.com
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 300 South Grand Avenue, Suite 3400
> Los Angeles, CA 90071
> Telephone:    (213) 687-5000
> Facsimile:    (213) 687-5600

Dated: June 4, 2018

> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>
> By:    _____/s/ Virginia F. Milstead_____
> Virginia F. Milstead
> Attorney for Defendants
> Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse