1  PETER B. MORRISON (SBN 230148)
   peter.morrison@skadden.com
2  VIRGINIA F. MILSTEAD (SBN 234578)
   virginia.milstead@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071
   Telephone: (213) 687-5000
5  Facsimile:   (213) 687-5600

6  JOHN NEUKOM (SBN 275887)
   john.neukom@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
8  Palo Alto, California 94301
   Telephone: (650) 470-4500
9  Facsimile:  (650) 470-4570

10 MARY JO WHITE (*pro hac vice* pending)
   mjwhite@debevoise.com
11 ANDREW J. CERESNEY (*pro hac vice* pending)
   aceresney@debevoise.com
12 DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
13 New York, New York  10022
   Telephone: (212) 909-6000
14 Facsimile:   (212) 909-6836

15 Attorney for Defendants
   Ripple Labs Inc., XRP II, LLC, and Bradley
16 Garlinghouse

17

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated, | CASE NO.: 3:18cv3286 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| RIPPLE LABS INC., a Delaware Corporation, XRP II, LLC, a South Carolina limited liability company, BRADLEY GARLINGHOUSE, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 525 University Avenue, Palo Alto, CA 94301; and my email address is alissa.turnipseed@skadden.com.

On June 4, 2018, I served the following document(s) described as:

1. Notice of Removal (Dkt 1 & 1.1)
2. Civil Case Cover Sheet (Dkt 1.2)
3. Certificate of Interested Entities or Persons Pursuant to F.R.C.P. 7.1 and Local Civil Rule 3-15 (Dkt 2)
4. Stipulation Regarding Defendants' Time to Answer or Otherwise Respond Pursuant to Civil L.R. 6-1(a)
5. Filing Procedures (Oakland)
6. Standing Order for All Judges of the Northern Disctrict of California
7. Civil Pretrial Instructions – Judge Hamilton
8. Standing Order re Removed Cases
9. Procedural Guidance for Class Action Settlements
10. Standing Order for Cases Involving Sealed or Confidential Documents
11. Notice of Availability of Magistrate Judge to Exercise Jurisdiction
12. USDC, Northern Distric of California – ECF Registration Information

on the interested parties in this action by placing a true and correct copy of the above documents addressed as follows:

*Via Federal Express*

James Q. Taylor-copeland
**Taylor-Copeland Law**
501 W. Broadway Suite 800
San Diego, CA 92101
Tel: 619-400-4944
Email: james@taylorcopelandlaw.com

☐ (BY PERSONAL SERVICE HAND DELIVERY)

☒ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with

| | |
|---|---|
| 1 | Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Palo Alto, California and placed for collection and overnight delivery following ordinary business practices. (AS NOTED) |
| 2 | |
| 3 | ☐ (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Palo Alto, California and placed for collection and mailing following ordinary business practices. (AS NOTED) |
| 4 | |
| 5 | |
| 6 | Executed on June 4, 2018 at Palo Alto, California. |

*/s/ Alissa Turnipseed*
Alissa Turnipseed