# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RYAN COFFEY, individually and on behalf of all others similarly situated, )
Plaintiff(s), )
v. )
RIPPLE LABS INC., a Delaware Corporation, XRP II, LLC, a South Carolina limited liability company, BRADLEY GARLINGHOUSE, an individual, and DOES 1 through 10, inclusive, )
Defendant(s). )

Case No: 6-3: /ex/254: 8/RlJ

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew J. Ceresney, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse in the above-entitled action. My local co-counsel in this case is Peter B. Morrison, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 919 Third Avenue<br>New York, New York 10022 | 300 South Grand Avenue, Suite<br>Los Angeles, CA |
| MY TELEPHONE # OF RECORD:<br>(212) 909-6000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 687-5304 |
| MY EMAIL ADDRESS OF RECORD:<br>aceresney@debevoise.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>peter.morrison@skadden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2820918.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/01/18

Andrew J. Ceresney
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew J. Ceresney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 5, 2018

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Judge Phyllis J. Hamilton

PRO HAC VICE APPLICATION & ORDER                                      *October 2012*