PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:      (650) 470-4570

MARY JO WHITE (admitted *pro hac vice*)
mjwhite@debevoise.com
ANDREW J. CERESNEY (admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone: (212) 909-6000
Facsimile:   (212) 909-6836

Attorneys for Defendants
Ripple Labs Inc., XRP II, LLC, and Bradley
Garlinghouse

JAMES Q. TAYLOR-COPELAND (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944

Attorney for Plaintiff Ryan Coffey

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., *et al.*,<br><br>Defendants. | CASE NO.: 3:18-cv-03286<br><br>**STIPULATION REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO CIVIL L.R. 6-1(a)** |

1    WHEREAS, on June 1, 2018, Defendants Ripple Labs Inc., XRP II, LLC, and Bradley

2    Garlinghouse (collectively, "Defendants"), removed this matter from the Superior Court of the

3    State of California, County of San Francisco ("San Francisco Superior Court"), to the United States

4    District Court for the Northern District of California;

5    WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' deadline

6    to answer, move, or otherwise respond to the complaint was initially due June 8, 2018;

7    WHEREAS, pursuant to a stipulation of the parties under Civil Local Rule 6-1A(A), the

8    parties agreed to extend Defendants' deadline to answer, move, or otherwise respond to the

9    complaint until June 22, 2018, to allow the parties to continue discussing whether they could agree

10   on a lengthier extension of time (ECF No. 5);

11   WHEREAS, Plaintiff Ryan Coffey ("Plaintiff") has indicated his intent to file a motion to

12   remand this matter back to the San Francisco Superior Court within 30 days provided by 28 U.S.C.

13   § 1447(c);

14   WHEREAS, following further discussion, the parties have agreed upon a further extension

15   of time for Defendants to answer, move, or otherwise respond to the complaint until a time after

16   the Court decides the forthcoming motion to remand in order to avoid unnecessary motion practice

17   before the Court has decided subject matter jurisdiction;

18   WHEREAS, the parties currently dispute whether provisions of the Private Securities

19   Litigation Reform Act ("PSLRA") apply to this action and reserve all rights in this regard; and

20   WHEREAS, the stipulated change to Defendants' time to answer, move, or otherwise

21   respond to Plaintiff's complaint will not alter the date of any event or any deadline already fixed by

22   Court order.

23   THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-1(A), IT IS HEREBY

24   STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as

25   follows:

26   1.    If the Court grants Plaintiff's forthcoming motion to remand, and this action is

27   remanded to the San Francisco Superior Court, Defendants' deadline to answer, move, or otherwise

28

1  respond shall be in thirty (30) days "from the day the original court receives the case on remand."

2  Cal. Civ. Proc. Code § 430.90(a)(2).

3      2.    If the Court denies Plaintiff's forthcoming motion to remand, Defendants' deadline

4  to answer, move, or other otherwise respond to the Complaint shall be thirty (30) days from the

5  date the Court enters an order denying the motion to remand.

6      3.    Following receipt of the Court's decision on Plaintiff's forthcoming motion to

7  remand, the parties will meet and confer within 7 days regarding whether an additional extension

8  of Defendants' deadline to answer, move, or other otherwise respond to the Complaint is warranted

9  so that the parties and the Court may first address any continuing dispute over the applicability of

10  provisions of the Private Securities Litigation Reform Act ("PSLRA").

11      4.    Nothing herein shall be deemed to constitute a waiver of any rights, claims,

12  defenses, motions, or objections that a party may have or make with respect to jurisdiction, venue

13  and/or the claims set forth in this action.

14  **IT IS SO STIPULATED.**

15  DATED: June 8, 2018

16                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

17

18                      By: _____ */s/Peter B. Morrison* _____
                                  Peter B. Morrison

19                            Attorneys For Defendants
                       Ripple Labs Inc., XRP II, LLC, And

20                             Bradley Garlinghouse

21  DATED: June 8, 2018

22                      TAYLOR-COPELAND LAW

23                      By: _____ */s/James Q. Taylor-Copeland* _____
                         James Q. Taylor-Copeland

24                           Attorney For Plaintiff
                             Ryan Coffey

25

26

27

28

STIPULATION REGARDING DEFS' TIME TO ANSWER OR OTHERWISE RESPOND        CASE NO. 3:18-CV-03286

1

**<u>E-FILING ATTESTATION</u>**

2

I, Peter Morrison, am the ECF user whose ID and password are being used to file this

3

document.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

4

signatories identified above has concurred in this filing.

5

DATED: June 8, 2018

6

7

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

8

By:  _____*/s/Peter B. Morrison*_____

9

PETER B. MORRISON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28