1  James Q. Taylor-Copeland (SBN 284743)
   james@taylorcopelandlaw.com
2  **TAYLOR-COPELAND LAW**
   501 W. Broadway Suite 800
3  San Diego, CA 92101
   Tel:   619-400-4944
4

5  Attorney for Individual and Representative
   Plaintiff Ryan Coffey
6

7                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | RYAN COFFEY, individually and on behalf of | Case No. 3:18-cv-3286-PJH |
   | all others similarly situated | |
11 | | **PLAINTIFF'S CERTIFICATION OF** |
   | Plaintiff, | **INTERESTED ENTITIES OR PERSONS** |
12 | | **PURSUANT TO L.R. 3-15** |
   | v. | |
13 | | |
   | RIPPLE LABS, INC., a Delaware corporation, | Judge: Hon. Phyllis J. Hamilton |
14 | XRP II, LLC, a South Carolina limited liability | |
   | company, BRADELY GARLINGHOUSE, an | |
15 | individual, and DOES 1 through 10, inclusive, | |
16 | Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2    named parties, there is no such interest to report.

3

4    Dated: June 26, 2018                **TAYLOR-COPELAND LAW**
                                         By: /James Taylor-Copeland
5                                             James Q. Taylor-Copeland (284743)
                                              Attorney for Lead Plaintiff Ryan Coffey