James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
**TAYLOR-COPELAND LAW**
501 W. Broadway Suite 800
San Diego, CA 92101
Tel:   619-400-4944

Attorney for Individual and Representative
Plaintiff Ryan Coffey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., a Delaware corporation, XRP II, LLC, a South Carolina limited liability company, BRADELY GARLINGHOUSE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-3286-PJH<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S MOTION TO REMAND**<br><br>Date:   August 1, 2018<br>Time:   9:00 a.m.<br>Crtrm:  3<br>Judge:  Hon. Phyllis J. Hamilton |

1  Plaintiff's Motion to Remand Case No. 3: 18-cv-3286 to the Superior Court of the State of
2  California, County of San Francisco ("State Court") came before this court on August 1, 2018. The
3  Court has considered the moving and opposition papers, the documents submitted in support thereof,
4  arguments of counsel, and all other matters presented to the Court. The Court concludes that removal
5  of this securities class action is barred by the Securities Act of 1933 and thus GRANTS Plaintiff's
6  Motion to Remand to State Court. The Clerk shall remand this case to State Court and close the files
7  in this Court.

**IT IS SO ORDERED.**

Dated: _____

Honorable Phyllis J. Hamilton
United States District Judge