**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** August 1, 2018 (Time: 36 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** 18-cv-03286-PJH
**Case Name:** Coffey v. Ripple Labs Inc., et al.

**Attorney(s) for Plaintiff:** James Taylor-Copeland
**Attorney(s) for Defendant:** Peter Morrison

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Raynee Mercado

**PROCEEDINGS**

    Plaintiff's motion to remand hearing - Held.   The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

**cc:** chambers