PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:   (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:   (650) 470-4570

Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>RIPPLE LABS INC., et al.,<br><br>                    Defendants. | CASE NO.: 4:18-cv-03286-PJH<br><br>**(1) DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**<br><br>**(2) DECLARATION OF VIRGINIA F. MILSTEAD (filed under separate cover); and**<br><br>**(3) [PROPOSED] ORDER (lodged under separate cover).** |

A related case <u>Avner Greenwald v. Ripple Labs, Inc. et al.</u>, No. 18-cv-04790-SK, was filed on July 3, 2018, in the Superior Court for the County of San Mateo, California (the "Greenwald Action") and removed to this Court on August 8, 2018.  Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively "Defendants") respectfully move the Court to issue an administrative order designating the Greenwald Action as related to the above-captioned action (the "Coffey Action").

## I. APPLICABLE STANDARD UNDER CIVIL LOCAL RULE 3-12

"An action is related to another when (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civil L. R. 3-12(a).

Whenever a party knows or learns that an action filed in or removed to this district may be related to an action which is or was pending in this district, that party "must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L. R. 7-11."  Civil L. R. 3-12(b).  That motion must include: "(1) The title and case number of each apparently related case; (2) A brief statement of the relationship of the actions according to criteria set forth in 3-12(a)."  Civil L. R. 3-12(d).

## II. THE GREENWALD ACTION IS RELATED TO THE COFFEY ACTION

The Greenwald Action is related to the Coffey Action.  In the instant action, Plaintiff Coffey asserts violations of §§ 5, 12(a)(1), and 15 of the Securities Act of 1933 (the "Securities Act") and §§ 25110, 25503, and 25504 of the California Corporations Code against Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse.  The Coffey Action is brought on behalf of "[a]ll persons or entities who purchased XRP from January 1, 2013 through the present."  The Greenwald Action likewise asserts violations of §§ 5, 12(a)(1), and 15 of the Securities Act against Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse and also officers and directors of Ripple, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita.  The Greenwald Action is brought on behalf of "all persons or entities who purchased XRP from July 3, 2015 to the

present." Both Plaintiffs allege that they and members of the purported class purchased the virtual currency, XRP, on "cryptocurrency exchanges" and that they were somehow injured because Defendants were allegedly required to register XRP as a "security" with the Securities & Exchange Commission ("SEC") but failed to do so.

Thus, because of the overlap of parties and claims, the Greenwald Action and the Coffey Action will raise the same evidentiary, factual, and legal issues. For example, both actions will involve the same witnesses and will involve resolving the same legal questions. As such, conducting these cases before different judges would likely result in an unduly burdensome duplication of labor and expense for the parties involved in each action and the Court and could also create the potential for conflicting results.

For the foregoing reasons, Defendants respectfully request that the Court designate the Greenwald Action as related to the Coffey Action.

DATED: August 9, 2018

                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                      By:   */s/Peter B. Morrison*
                                                      Peter B. Morrison
                                                      Attorney for Defendants