PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:     (213) 687-5000
Facsimile:     (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendant
Ripple Labs Inc., XRP II, LLC,
and Bradley Garlinghouse

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>RIPPLE LABS INC., et al.,<br><br>                              Defendants. | CASE NO.: 18-cv-03286-PJH<br><br>**DECLARATION OF VIRGINIA F. MILSTEAD IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Virginia F. Milstead, do declare as follows:

1.      I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court.  I am counsel in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse in the above-captioned matter.  The information contained in this declaration is based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2.      Pursuant to Civil Local Rules 3-12 and 7-11, I submit this declaration in support of the accompanying Administrative Motion to Consider Whether Cases Should Be Related.

3.      Attached hereto as Exhibit A is a true and correct copy of the Complaint in <u>Avner Greenwald v. Ripple Labs, Inc. et al.</u>, No. 18-cv-04790-SK, removed to this Court from San Mateo County Superior Court on August 8, 2018.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 9, 2018 in Los Angeles, California.


By:   _____*/s/ Virginia F. Milstead*_____
                      Virginia F. Milstead

Exhibit A

1 | JOHN T. JASNOCH (CA 281605)
SCOTT+SCOTT
2 | ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
3 | San Diego, CA 92101
Telephone: 619-233-4565
4 | Facsimile: 619-233-0508
Email: jjasnoch@scott-scott.com
5
-- and --
6
THOMAS L. LAUGHLIN, IV
7 | RHIANA SWARTZ
The Helmsley Building
8 | 230 Park Avenue, 17th Floor
New York, NY 10169
9 | Telephone: 212-223-6444
Facsimile: 212-223-6334
10 | Email: tlaughlin@scott-scott.com
        rswartz@scott-scott.com
11
*Counsel for Plaintiff*
12

**FILED**
**SAN MATEO COUNTY**

JUL 0 3 2018

Clerk of the Superior Court
By _____
        DEPUTY CLERK

FILE BY FAX

13

SUPERIOR COURT OF THE STATE OF CALIFORNIA

14

COUNTY OF SAN MATEO

15 | AVNER GREENWALD, Individually and on

Case No.   **18CIV03461**

16 | Behalf of All Others Similarly Situated,

17 |                              Plaintiff,

**CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE SECURITIES ACT
OF 1933**

18 |         v.

**JURY TRIAL DEMANDED**

19 | RIPPLE LABS, INC., a Delaware Corporation,
XRP II, LLC, a South Carolina Limited Liability
20 | Company, BRADLEY GARLINGHOUSE,
CHRISTIAN LARSEN, RON WILL,
21 | ANTOINETTE O'GORMAN, ERIC VAN
MILTENBURG, SUSAN ATHEY, ZOE
22 | CRUZ, KEN KURSON, and BEN LAWSKY,
ANJA MANUEL, and TAKASHI OKITA,

18 – CIV – 03461
CMP
Complaint
1244161

23 |                              Defendants.

24
25
26
27
28

COMPLAINT

Plaintiff Avner Greenwald ("Plaintiff"), individually and on behalf of all others similarly situated, by Plaintiff's undersigned attorneys, alleges the following based upon personal knowledge as to Plaintiff's own acts, and upon information and belief as to all other matters based on the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of Securities and Exchange Commission ("SEC") filings and commentary, publicly available reports and information, analyst and media reports, and other commentary analysis. Plaintiff's investigation into the matters alleged herein is continuing and many relevant facts are known only to, or are exclusively within the custody and control of, the Defendants. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for formal discovery.

## NATURE AND SUMMARY OF ACTION

1.     Plaintiff brings this securities class action under §§5, 12(a)(1), and 15 of the Securities Act of 1933 (the "Securities Act") against (1) Ripple Labs, Inc. ("Ripple Labs" or the "Company"); (2) Ripple Labs' wholly owned subsidiary, XRP II, LLP ("XRP II"); and (3) certain of Ripple Labs' controlling senior executives and directors (collectively, the "Individual Defendants"). Plaintiff alleges that Defendants sold unregistered securities to investors in violation of the Securities Act. Defendants are liable in their capacities as issuers, statutory sellers, and/or direct or indirect offerors of XRP.

2.     Plaintiff brings this action on behalf of all investors who purchased Ripple tokens ("XRP" or "Ripples") on or after July 3, 2015 and were damaged thereby.

3.     XRP qualify as securities under Section 2(a)(1) of the Securities Act, 15 U.S.C. §77b(a)(1). The purchase of XRP constitutes an investment contract as XRP purchasers, including Plaintiff, provided consideration (in the form of fiat, *i.e.*, U.S. dollars or other cryptocurrencies) in exchange for XRP. XRP is in investment in a common enterprise and purchasers reasonably expected to derive profits from their ownership of XRP. Defendants promoted this profit motive as a reason to purchase XRP.

4.     No registration statements have been filed with the SEC or have been in effect with respect to the XRP offerings alleged herein.

1

1    5.    All 100 billion XRP in existence were created out of thin air by Ripple Labs.[1]  Twenty

2    billion XRP, or 20% of all XRP in existence, were given to the individual founders of Ripple Labs,

3    including Defendant Chris Larsen, and the remaining 80 billion were retained by Ripple Labs.

4    6.    Defendants have since earned massive profits by selling the retained XRP to the public,

5    without complying with federal securities laws, in what is essentially an ongoing initial coin offering

6    ("ICO").  Like an initial public offering ("IPO"), in an ICO, digital assets are sold to consumers in

7    exchange for legal tender or other cryptocurrencies (most often Bitcoin and Ethereum).

8    7.    Defendants sell XRP from the retained supply and use the proceeds from the sales to fund

9    Company operations.

10   8.    In order to increase demand for XRP, and thereby increase the profits derived by selling

11   XRP, Defendants portray XRP as a good investment, solicit sales, express optimistic price predictions,

12   and conflate Ripple Labs' enterprise customer programs with usage and value of XRP.  Ripple Labs

13   greatly increased these efforts to push XRP on the general public in recent years.

14   9.    These solicitation efforts were conducted by interstate means, as were the sales of XRP.

15                            **JURISDICTION AND VENUE**

16   10.    The Court has subject matter jurisdiction over this action pursuant to the California

17   Constitution, Article VI, §10 and Section 22 of the Securities Act, 15 U.S.C. §77v.  The claims alleged

18   herein arise under §§5, 12(a)(1), and 15 of the Securities Act.  *See* 15 U.S.C. §§77e, 77l, and 77o.

19   Section 22 of the Securities Act, 15 U.S.C. §77v(a), expressly states that "[e]xcept as provided in section

20   77p(c) of this title, no case arising under this subchapter and brought in any State court of competent

21   jurisdiction shall be removed to any court of the United States."  Section 77p(c) refers to "covered class

22   action[s] brought in any State court involving a covered security, as set forth in subsection (b)," and

23   subsection (b) of §77p in turn includes within its scope only covered class actions "based upon the

24

25   _____

26   [1]    This is unlike other cryptocurrencies like Bitcoin and Ethereum that are "mined" by those

27   validating transactions on their networks.

28

1 | statutory or common law of any State or subdivision thereof." *See* 15 U.S.C. §77p.  This is an action

2 | asserting only federal law claims.  Thus, this action is not removable to federal court.

3 |       11.    Venue is proper in this jurisdiction pursuant to the provisions of California Code of

4 | Civil Procedure §395(a) because certain Defendants reside in San Mateo County.

5 |       12.    This Court has personal jurisdiction over Defendants as a result of acts of Defendants

6 | occurring in and/or aimed at the state of California in connection with Defendants' unregistered

7 | offer and sale of securities in violation of §§5, 12(a)(1), and 15 of the Securities Act.

8 |       13.    This Court also has personal jurisdiction over Defendants because they reside in or

9 | have their principal places of business in California.

10 | **PARTIES**

11 |       14.    Lead Plaintiff Avner Greenwald is an individual and a resident of Israel.  Plaintiff

12 | bought and sold XRP in both USD and Bitcoin between December 14, 2017 and May 12, 2018, and

13 | suffered losses on those investments as a result of the scheme alleged herein.

14 |       15.    Defendant Ripple Labs, Inc. is a Delaware corporation with its principal place of

15 | business at 300 Montgomery Street, 12th Floor, San Francisco, California.  Ripple Labs operates

16 | RippleNet, a global payments network based on blockchain technology.  Through RippleNet, banks

17 | and payment providers can use XRP to process, clear, and settle financial transactions in real-time

18 | worldwide.  Ripple Labs created XRP and, at all relevant times, solicited purchases of XRP by

19 | Plaintiff and the Class for its own benefit and the benefit of its executives and owners.

20 |       16.    Defendant XRP II, LLC is wholly owned subsidiary of Ripple Labs.  XRP II is a

21 | South Carolina limited liability company with its principal place of business in San Francisco,

22 | California.  XRP II sold XRP and solicited the purchases of XRP by Plaintiff and the Class for its

23 | own benefit and the benefit of its parent, Ripple Labs, and its executives and owners.

24 |       17.    Defendant Bradley Garlinghouse ("Garlinghouse") is the Chief Executive Officer

25 | ("CEO") of Ripple Labs and has been since January 2017.  Garlinghouse was Ripple Labs'

26 | President and Chief Operating Officer from April 2015 through December 2016.  Garlinghouse is a

27 | California citizen and a resident of San Mateo County.  Garlinghouse exercised control over Ripple

28 |

Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

18.    Defendant Christian (Chris) Larsen ("Larsen") is Executive Chairman of Ripple Labs' Board of Directors and has been since January 2017.  Larsen is also a co-founder of Ripple Labs and a former CEO of Ripple Labs (through December 2016).  Larsen exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

19.    Defendant Ron Will ("Will") is Chief Financial Officer of Ripple Labs and has been since November 2017.  Will exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

20.    Defendant Antoinette O'Gorman ("O'Gorman") is Chief Compliance Officer of Ripple Labs.  O'Gorman exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

21.    Defendant Eric van Miltenburg ("van Miltenburg") is Senior Vice President for Business Operations of Ripple Labs.  Van Miltenburg exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

22.    Defendant Susan Athey ("Athey") is a Director of Ripple Labs.  As a Director, Athey exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

23.    Defendant Zoe Cruz ("Cruz") is a Director of Ripple Labs.  As a Director, Cruz exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

24.    Defendant Ken Kurson ("Kurson") is a Director of Ripple Labs.  As a Director, Kurson exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

25.     Defendant Ben Lawsky ("Lawsky") is a Director of Ripple Labs.  As a Director, Lawsky exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

26.     Defendant Anja Manuel ("Manuel") is a Director of Ripple Labs.  As a Director, Manuel exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

27.     Defendant Takashi Okita ("Okita") is a Director of Ripple Labs.  As a Director, Okita exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

28.     The defendants referred to in ¶¶17-27 are referred to as the "Individual Defendants."

## SUBSTANTIVE ALLEGATIONS

**A.      The Background of XRP**

29.     Unlike cryptocurrencies such as Bitcoin and Ethereum, which are mined by those validating transactions on their networks, all 100 billion XRP in existence were created out of thin air by Ripple Labs in 2013.  Twenty billion XRP, or 20% of the total XRP supply, were given to the individual founders of Ripple Labs,[2] with the remaining 80 billion retained by Ripple Labs.

30.     As for 80 billion XRP held by Ripple Labs, the plan was to sell them and use the proceeds to fund and improve Company operations, including the XRP ledger network.

31.     Ripple Labs' own wiki notes that "Ripple Labs sells XRP to fund its operations and promote the network.  This allows Ripple Labs to have a spectacularly skilled team to develop and promote the Ripple protocol and network."[3]

32.     In the first quarter of 2018, "market participants purchased $16.6 million [of XRP] directly from XRP II, LLC," XRP II also "sold $151.1 million worth of XRP" on exchange.[4]

---

[2]      Defendant Chris Larsen received 9.5 billion XRP.

[3]      Ripple credits, https://wiki.ripple.com/Ripple_credits#XRP funds the development and promotion of the protocol and the network (last visited June 29, 2018).

COMPLAINT

33.     Ripple Labs' primary business involves the operation of an open ledger protocol, payment, and exchange network.  The native cryptocurrency for Ripple Labs' exchange network is XRP.  Thus, XRP is both an investment in the Company (as sales are used to fund Company operations with the expectation that such investments in the Company will increase the value of XRP) and an investment in itself (with the expectation that the value of XRP will increase), as well as a means of exchange promoted by Ripple Labs.

34.     Ripple Labs' exchange network is based around the XRP Ledger.  The XRP Ledger consists of many servers, called nodes, which accept and process transactions.  Client applications sign and send transactions to nodes, which then relay these candidate transactions throughout the network for processing.  Transactions are then verified and become part of the XRP Ledger through a consensus process.  Every XRP transaction must be made through Ripple Labs' XRP Ledger, which is maintained by Defendants.  In order to open an account on the XRP Ledger, users must maintain a minimum account balance of 20 XRP.  In addition, each time a transaction is made in XRP, there is a transaction cost to users.

35.     Ripple Labs' founders and other Company insiders have also profited individually from their XRP holdings.  In January 2018, Ripple co-founder Defendant Larsen was named one of the richest people in the United States, with an estimated net worth of $59.9 billion, primarily due to the increase in value in XRP and his personal ownership of billions of XRP and his significant stake in the Company.[5]

36.     Defendants have control over how many XRP are in the market.

37.     No registration statement has been filed for XRP with the SEC and no registration statement is in effect for XRP.

---

[4]     Q1 2018 XRP Markets Report, https://ripple.com/insights/q1-2018-xrp-markets-report/ (last visited June 29, 2018).

[5]     https://www.cnbc.com/2018/01/04/ripple-co-founder-is-now-richer-than-the-google-founders-on-paper.html (last visited on June 29, 2018).

COMPLAINT

**B.  Defendants Solicit XRP Sales**

38.     From 2013 to the present, Defendants and their affiliates have been engaged in an ongoing scheme to sell XRP to the general public.

39.     Ripple Labs dedicates an entire section of its website to providing advice on "How to Buy XRP."  This section provides links to online exchanges and instructions on "[h]ow to buy XRP" on those exchanges.[6]  It also has a section titled "Market Performance" which proclaims that Ripple Labs is "committed to the long term health and stability of XRP markets."[7]

40.     Ripple Labs also consistently promotes the availability of XRP on exchanges.  For example, on May 18, 2017, its Senior Vice-President for Business Development, Patrick Griffin, tweeted a link to the Kraken exchange with the caption: "Kraken Introduces New Fiat Pairs for XRP Trading! USD, JPY, CAD, EUR @ Ripple."[8]

41.     Similarly, on or about December 21, 2017, Ripple Labs tweeted in Japanese that XRP was now available on over 50 exchanges.[9]  That tweet linked to an article on Ripple Labs' website which described XRP as "the fastest and most scalable [digital] asset on the market."[10]  It continued, "[t]he market is taking notice of XRP's speed, reliability and scalability – which has strengthened the demand for XRP and where it's listed.  In fact, we're proud to announce that XRP has gone from being listed on six exchanges earlier this year to more than 50 worldwide."  The article also links to a number of online exchanges where XRP can be purchased, and states that "XRP's long-term value is determined by its utility – including its ability to help financial institutions source liquidity for payments into and out of emerging markets."

---

[6]     XRP Buying Guide, https://ripple.com/xm/buy-xrp/ (last visited on June 29, 2018).

[7]     Market Performance, https://ripple.com/xrp/market-performance/ (last visited on June 29, 2018)

[8]     @patgriffin9, https://twitter.com/patgriffin9/status/865251321867231233 (last visited on June 29, 2018).

[9]     @Ripple, https://twitter.com/Ripple/status/943999526783905792 (last visited on June 29, 2018).

[10]    XRP Now Available on 50 Exchanges Worldwide, https://ripple.com/insights/xrp-now-available-on-50-exchanges-worldwide/ (last visited on June 29, 2018).

42.   Ripple Labs also hosts conferences to generate interest in XRP.   For example, between October 16 and October 18, 2017, it hosted a conference named "Swell" in Toronto. Ripple Labs acknowledged that "[a]nticipation around the event spurred a meaningful spike in XRP, pushing it up 100 percent[.]"[11]

43.   On the same day, CoinDesk, a subsidiary of Digital Currency Group, which has an ownership interest in Ripple Labs, published an article titled "Ripple Price Passes Historic $1 Milestone."[12]   This was just one of many instances in which Ripple Labs would promote price movements of XRP.

44.   Ripple Labs' promotion of XRP's price reached new highs in December 2017.   In one instance, Ripple's XRP product manager retweeted a tweet exclaiming: "Wow, XRP at all-time high!   Forget about bitcoin, *we're all in on XRP*!"   (Emphasis added.)[13]

45.   Around that same time, on or about December 7, 2017, Ripple Labs announced that it had placed "55 billion XRP in a cryptographically-secured escrow account to create certainty of XRP supply at any given time."[14]   It had been previously announced in May 2017 that this would happen along with a limited distribution schedule.   This was done to limit the available supply of XRP and drive price appreciation, which allowed Defendants to maximize profits from XRP sales. The December 7, 2017 announcement stated:

> By securing the lion's share of XRP in escrow, people can now mathematically verify the maximum supply that can enter the market.   While Ripple has proved to be a responsible steward of XRP supply for almost five years – and has clearly demonstrated a tremendous track record of investing in and supporting the XRP

---

[11]   14Q3 2017 XRP Markets Report, https://ripple.com/xrp/q3-2017-xrp-markets-report/ (last visited on June 29, 2018).

[12]   Ripple Price Passes Historic $1 Milestone, https://www.coindesk.com/ripple-price-passes-historic-1-milestone/ (last visited on June 29, 2018).

[13]   @warpaul, https://twitter.com/yoshitaka_kitao/status/940785785925709829 (last visited on June 29, 2018).

[14]   https://ripple.com/insights/ripple-escrows-55-billion-xrp-for-supply-predictability (last visited on June 29, 2018).

ecosystem – this lockup eliminates any concern that Ripple could flood the market, which we've pointed out before is a scenario that would be bad for Ripple![15]

46.     The article contained a button to allow readers to share it on Twitter with the caption "Game changer for $XRP! 55 billion XRP now in escrow."[16]  Ripple also promoted this article through its own tweet, which proclaimed:  "55B $XRP is now in escrow.  Interested in what this means for $XRP markets?"[17]  Garlinghouse was even more enthusiastic, tweeting:  "Boom! 55 B $XRP now in escrow.  Good for supply predictability and trusted, healthy $XRP markets.  Glad to finally let this #cryptokitty out of the bag!"[18]

47.     Ripple's public commitment to limit the supply of XRP had its intended effect.  In the weeks that followed, the price of XRP rapidly increased, from approximately $0.22 per token on December 7, 2017 to $3.38 per token on January 7, 2018.[19]

48.     Ripple Labs' CEO, Brad Garlinghouse, has also been a vocal advocate for investing in XRP. In a December 14, 2017 interview with Canada's Business News Network ("BNN"), when asked if he is personally invested in XRP, the CEO stated "I'm long XRO, I'm very, very long XRP as a percentage of my personal balance sheet." He continued, stating that he is "not long some of the other [digital] assets, because it is not clear to me what's the real utility, what problem are they really solving."  And ended by reiterating "if you're solving a real problem, if it's a scaled problem, then I think you have a huge opportunity to continue to grow that.  We have been really fortunate obviously, *I remain very, very, very long XRP*, there is an expression in the industry HODL, instead of hold, its HODL . . . I'm on the HODL side" (emphasis added).

---

[15]     *Id.*

[16]     *Id.*

[17]     https://twitter.com/Ripple/status/938933967956389889.

[18]     https://twitter.com/bgarlinghouse/status/938933791145336832?lang=en.

[19]     XRP would subsequently lose nearly all its value in just over three months, falling to a low of approximately $0.48 per token on April 6, 2018.

49.     Later that same day, Garlinghouse tweeted: "Bloomberg welcomes $XRP to @theterminal and gets it right -- #2 market cap behind $BTC at ~$80BB!"[20]

50.     About a week later, on or about December 22, 2017, Garlinghouse tweeted an article titled "Bitcoin Is So 2017 as Ripple Soars at Year End," with the caption "I'll let the headline speak for itself. $xrp."[21]

51.     On or about January 17, 2018, Garlinghouse tweeted a CNBC article titled "Ripple is sitting on close to $80 billion and could cash out hundreds of millions per month-but it isn't," with the caption "A good read on why fostering a healthy $XRP ecosystem is a top priority at @Ripple."

52.     However, the reality was that Ripple Labs was doing exactly that – cashing out. Defendants sold at least $167.7 million worth of XRP between January 1, 2018 and March 31, 2018.

53.     Given its reliance on sales of XRP to fund its operations, it is unsurprising that Ripple Labs' aggressively markets XRP to drive demand, increase the price of XRP, and consequently, its own profits.

54.     Defendants' advertising and social media postings also conflate adoption and use of Ripple Labs' xCurrent and xVia enterprise solutions with adoption and use of XRP, even though they often have little to no correlation and do not involve the XRP Ledger.  Defendants do this to drive demand for XRP and thereby maximize profits from XRP sales.

55.     According to its site, "xCurrent is Ripple's enterprise software solution that enables banks to instantly settle cross-border payments with end-to-end tracking.  Using xCurrent, banks message each other in real-time to confirm payment details prior to initiating the transaction and to confirm delivery once it settles."[22]

---

[20]     @bgarlinghouse, https://twitter.com/bgarlinghouse/status/941375649549246464 (last visited on June 29, 2018).

[21]     @bgarlinghouse, https://twitter.com/bgarlinghouse/status/944325730338357248 (last visited on June 29, 2018).

[22]     Process Payments, xCurrent, https://ripple.com/solutions/process-payments/ (last visited on June 29, 2018).

56.    xCurrent doesn't operate on the same technology as XRP or even require the use of XRP.  In short, there is no reason to believe that adoption of xCurrent would correlate in any way with adoption of XRP.

57.    Nor does use of Ripple Labs' xVia product require adoption of XRP.  Ripple Labs states that its xVia product is "for corporates, payment providers and banks who want to send payments across various networks using a standard interface."[23]

58.    Ripple Labs nevertheless conflates the adoption of xCurrent and xVia with the adoption of XRP.

59.    Another of Ripple Labs' enterprise solutions, xRapid, which does use XRP, is also used to drive XRP sales (xRapid, along with xCurrent and xVia, are together referred to herein as "Ripple Labs' Enterprise Solutions").

60.    Indeed, Ripple Labs regularly promotes its improvements to the XRP ecosystem, which are intended to increase demand for XRP and thus potential returns for XRP investors.  For example, in describing the reasons behind the dramatic price appreciation of XRP during the fourth quarter of 2017, Ripple specifically cited as of "particular importance," the Company's various business initiatives, including: (i) Ripple's partnership with American Express/Santander; (ii) Ripple's activation of the previously discussed escrow of XRP to limit periodic offers and distributions; and (iii) a Japanese/Korean banking consortium backed by the Company.[24]  In the report, Ripple stated that its "consistent and steadfast support of XRP is a major advantage as the payments industry continues to seriously consider it as an alternative liquidity solution."[25]

61.    A November 2015 white paper by the Company highlighted "XRP's Role on Ripple and the Internet of Value" and how the Company's technologies could turn a "Spark to a Wildfire"

---

[23]    Send Payments, xVia, https://ripple.com/solutions/send-payments/ (last visited on June 29, 2018).

[24]    Q4 2017 XRP Markets Report, https://ripple.com/insights/q4-2017-xrp-markets-report/.

[25]    Id.

1  by increasing liquidity and efficiencies for cross-border transactions for the Company's banking

2  clients.  A February 2016 white paper followed up on those purported "network effects," claiming

3  that the use of the Ripple network at XRP would increase banks' returns on investment by

4  improving the global payment infrastructure.

5         62.    In addition, on March 20, 2017, Ripple Labs retweeted a Bloomberg article regarding

6  adoption of Ripple Labs Enterprise Solutions, proclaiming "Ripple is the only company in this

7  space with real customers who are really in production."[26]

8         63.    The price of XRP increased rapidly following this tweet and on March 24, 2017

9  Ripple Labs tweeted: "The price of #XRP continues to surge showing that people are looking for

10 #bitcoin alternatives."[27]

11        64.    On April 26, 2017, Ripple Labs tweeted a link to an article on its own site,

12 proclaiming "#Ripple welcomes 10 additional customers to our #blockchain #paymentsnetwork."[28]

13 Neither this tweet nor the article it linked to informed readers that the blockchain payments

14 network did not refer to the XRP Ledger, but rather Ripple's xCurrent enterprise solution.

15        65.    Just days later, on May 3, 2017, with the price of XRP continuing to rise, Ripple

16 Labs tweeted: "#Ripple adoption is sparking interest in XRP 'which has had an impressive rally in

17 the last months' via @Nasdaq."[29]

18        66.    Articles such as "Ripple XRP price picks up pace as demand for xVia API increases"

19 have made the direct connection between the price of XRP and the adoption of the Company's

---

[26]     @Ripple, https://twitter.com/Ripple/status/844009778309357568 (last visited on June 29, 2018).

[27]     @Ripple, https://twitter.com/Ripple/status/845347809830195200 (last visited June 29, 2018).

[28]     @Ripple, https://twitter.com/Ripple/status/857267304618278912 (last visited June 29, 2018).

[29]     @Ripple, https://twitter.com/Ripple/status/859904105916923904 (last visited June 29, 2018).

1  Enterprise Solutions.[30]  Ripple itself has made this link, for example tweeting on May 16, 2017: "The

2  appeal that Ripple has towards traditional financial institutions is a big advantage it has over Bitcoin."[31]

3      67.    On June 29, 2017, Ripple Labs tweeted a clip of an interview its CEO Brad

4  Garlinghouse gave on CNBC with the caption: "#XRP-up 4000% this year-has shown the market

5  favors a real use case for #digitalassets . . . ."[32]  In that interview, Garlinghouse proclaims that

6  "digital assets are in a position to be more valuable than gold," and describes XRP as "solving a

7  real-world use case, it's not just about speculators."

8      68.    On September 11, 2017, Garlinghouse stated in an interview with CNBC: "People are

9  looking at the success Ripple has been having as a company, ***and I think that's increased the value of***

10 ***XRP***."[33]  (emphasis added).  He continued by stating that Ripple wants "to keep focusing on making

11 XRP a valuable payments tool, and that value will increase accordingly," and he was "voting with my

12 . . . pocketbook on the future increased value of cryptocurrencies."[34]

13     69.    On November 27, 2017, Garlinghouse tweeted "Ripple & $XRP are giving business

14 'what they want in a #blockchain,'" along with a link to a Motley Fool tweet.[35]  That Motley Fool

15 tweet in turn stated that "AmEx and Banco Santander will use Ripple's blockchain network for

16 instant intl. fund transfers.  ***Could be a big deal for Ripple's XRP cryptocurrency***.  $ASP $SAN"

17 (emphasis added.)[36]

18

---

19  [30]    https://globalcoinreport.com/ripple-xrp-price-picks-up-pace-as-demand-for-xvia-api-increases/.

20  [31]    @Ripple, https://twitter.com/Ripple/status/864635614020251649.

21  [32]    @Ripple, https://twitter.com/Ripple/status/880532198025121793 (last visited June 29, 2018).

22  [33]    https://www.cnbc.com/2017/09/11/ripple-ceo-brad-garlinghouse-on-bitcoin-and-xrp.html    (last

23  visited June 29, 2018).

24  [34]    *Id.*

25  [35]    @bgarlinghouse,  https://twitter.com/bgarlinghouse/status/935225940845711366 (last visited on

26  June 29, 2018).

27  [36]    @themotleyfool,  https://twitter.com/themotleyfool/status/934850515640471553 (last visited on

28  June 29, 2018).

70.     Similarly, on December 14, 2017, Ripple Labs tweeted: "The Japan Bank Consortium launched a Ripple pilot with two large Korean Banks -- the first time money moves from Japan to Korea over RippleNet."[37]  On that same day, Ripple Labs tweeted "@garlinghouse [its CEO's twitter handle] on why crypto prices will be driven by real utility, the multi-trillion $ problem @Ripple is solving and why $XRP will come out on top."[38]

71.     Ripple Labs would later acknowledge that "neither the AMEX news nor the Korean bank initiative involved XRP."

72.     Nevertheless, this tweet linked to a BNN interview with Mr. Garlinghouse, in which he says:

> The reason why XRP has performed so well this year, we're solving a real problem, it's a multi-trillion dollar problem around cross-border payments.  There is a lot of friction its very slow its expensive, we're working with the institutions to deal with that, so people have gotten excited.  We now have over 100 customers we've announced publicly.

He continues,

> [A]t the end of the day the value of digital assets will be driven by their utility.  If they are solving a real problem, and that problem has scale, and that problem, you know there is real value there, then there will be demand for the tokens and the price will go up.  For XRP we have seen because *its required*, its something that can really reduce the friction, and we're talking about a multi-trillion dollar problem in how cross-border payments flow.  And so, I think if you drive real utility, yes there's going to be demand for that.  *XRP is up 100x this year*, and I think it's *because the problem we are solving people realize is a real problem, it's a big problem*.

(Emphasis added.)

73.     On January 4, 2018, following XRP's rapid price increase, The *New York Times* published an article by Nathaniel Popper titled: "Rise of Bitcoin Competitor Ripple Creates Wealth to Rival Zuckerberg."[39]  Mr. Popper tweeted a link to this article with the caption: "On the rise of

---

[37]     @Ripple, https://twitter.com/Ripple/status/941501026267316224 (last visited on June 29, 2018).

[38]     @Ripple, https://twitter.com/Ripple/status/941352005058011137 (last visited on June 29, 2018).

[39]     @nathanielpopper, "Rise of Bitcoin Competitor Ripple Creates Wealth to Rival Zuckerberg," NY TIMES (Jan. 4, 2018).

Ripple.  If this is a tulip fever, the fever has spread to chrysanthemums and poppies"[40].  He further

commented, "I've asked several people close to banks if banks are indeed planning to begin using

Ripple's token XRP, in a serious way, which is what investors seem to assume when they buy in at

the current XRP prices.  This is a sampling what I heard back:

- Actual use of XRP by banks is not something I've heard about, I find the run up absolutely bluffing, as do all the blockchain folks I know at large Fis.
- XRP isn't used for anything.  The hope is that someday it will be by banks, but there really aren't banks signaling that yet.
- I would be surprised if there have been any real bank transactions done with it (outside of maybe test transactions), despite people making claims to the contrary.
- It's not clear to me why XRP would be used by banks at all. XRP could potentially be adopted by consumers as a payment rail, although they don't yet have meaningful traction in that regard.
- I haven't seen a sufficiently large catalyst in the fundamentals of Ripple to justify a greater than 10x move in the price of $XRP in the last month.
- In a few years we're going to look back on 2017 and think WTF were we thinking."[41]

74.   Defendant Garlinghouse publicly responded to this, tweeting: "Over the last few

months I've spoken with ACTUAL banks and payment providers.  They are indeed planning to use

xRapid (our XRP liquidity product) in a serious way . . . ."  He follows up stating, "I don't think

you want to hear about validation for XRP.  The @NYTimes should be above spreading

anonymous FUD."[42]   FUD, which stands for fear, uncertainty, and doubt, is an expression

frequently used among crypto-investors to deride or undermine criticism of an asset.

75.   On January 4, 2018, Ripple's XRP product manager also attacked Mr. Popper,

tweeting: "Do you think I left #Bitcoin and joined @Ripple to build bank software?  Think again.

---

[40]   @nathanielpopper,  https://twitter.com/bgarlinghouse/status/949129952716234752  (last  visited on June 29, 2018).

[41]   @nathanielpopper,  https://twitter.com/bgarlinghouse/status/949129952716234752  (last  visited on June 29, 2018).

[42]   @nathanielpopper,  https://twitter.com/bgarlinghouse/status/949129952716234752  (last  visited on June 29, 2018).

1  $XRP."[43]   This tweet linked to a Ripple Labs tweet stating that "3 of the top 5 global money

2  transfer companies plan to use XRP in payment flows in 2018. Even more in the pipeline."

3      76.    In January 2018, Ripple Labs touted "a partnership with MoneyGram – one of the

4  world's largest money transfer companies – to use xRapid and XRP for near real-time cross-border

5  payments.  In addition, there are a number of other xRapid deals at various stages of completion in

6  the pipeline."   It also stated that it wanted "to build the necessary markets infrastructure for

7  eventual direct usage of XRP by financial institutions." Defendant Garlinghouse commented on

8  this partnership, saying: "And to be clear: @MoneyGram announcement is one step in a marathon

9  ahead to truly make $XRP the global liquidity solution for payment providers and banks."[44]

10     77.    By way of the internet, including Ripple Labs' website, Twitter, and the over 50

11  cryptocurrency exchanges that trade XRP, interstate means are used in connection with the offer

12  and sale of XRP.

13     **C.  XRP Is a Security**

14     78.    Plaintiff and the Class invested fiat, including U.S. dollars, and other digital

15  currencies, such as Bitcoin and Ethereum, to purchase XRP.

16     79.    Defendants sold XRP to the general public through global, online cryptocurrency

17  exchanges. XRP can be bought or sold on over 50 exchanges.

18     80.    Every purchase of XRP by a member of the public is an investment contract.

19     81.    Under Section 2(a)(1) of the Securities Act, a "security" is defined to include an

20  "investment contract."  15 U.S.C. § 77b(a)(1).  An investment contract is "an investment of money

21  in a common enterprise with profits to come solely from the efforts of others."  *S.E.C. v. W.J.*

22  *Howey Co.*, 328 U.S. 293, 301 (1946).   Specifically, a transaction qualifies as an investment

23  contract and, thus, a security if it is: (1) an investment; (2) in a common enterprise; (3) with a

24

25  [43]    @Warren Paul Anderson, https://twitter.com/warpaul (last visited on June 29, 2018).

26  [44]    @bgarlinghouse, https://twitter.com/bgarlinghouse/status/951461582424358912 (last visited on
27  June 29, 2018).

28
                                      16

1   reasonable expectation of profits; (4) to be derived from the entrepreneurial or managerial efforts of

2   others.  *See United Housing Foundation, Inc. v. Forman*, 421 U.S. 837, 852-53 (1975).  This

3   definition embodies a "flexible rather than a static principle, one that is capable of adaptation to

4   meet the countless and variable schemes devised by those who seek the use of the money of others

5   on the promise of profits," and thereby "permits the fulfillment of the statutory purpose of

6   compelling full and fair disclosure relative to the issuance of 'the many types of instruments that in

7   our commercial world fall within the ordinary concept of a security.'"  *Howey*, 328 U.S. at 299.

8   Accordingly, in analyzing whether something is a security, "form should be disregarded for

9   substance," and the emphasis should be "on economic realities underlying a transaction, and not on

10  the name appended thereto."  *Forman*, 421 U.S. at 849.

11      82.    Plaintiff and the Class were investing in a common enterprise with a reasonable

12  expectation of profits when they invested in XRP.

13      83.    The profits of Plaintiff and the Class are intertwined with the fortunes of Ripple

14  Labs.  Ripple Labs concedes that it "sells XRP to fund its operations and promote the network.

15  This allows Ripple Labs to have a spectacularly skilled team to develop and promote the Ripple

16  protocol and network."[45]

17      84.    Notably, the SEC has already concluded that virtual currency substantially similar to

18  XRP are "securities and therefore subject to the federal securities laws."  As stated by the SEC,

19  "issuers of distributed ledger or blockchain technology-based securities must register offers and

20  sales of such securities unless a valid exemption applies."[46]

21      85.    No such valid exemption from registration requirements exists for XRP.

22      86.    The current SEC Chairman, Jay Clayton, III, recently said, "I have yet to see an ICO

23  that doesn't have a sufficient number of hallmarks of a security."[47]

---

[45]    Ripple credits, https://wiki.ripple.com/Ripple credits#XRP (last visited on June 29, 2018).

[46]    Press Release: *SEC Issues Investigative Report Concluding DAO Tokens, a Digital Asset, Were Securities*, SEC (July 25, 2017), https://www.sec.gov/news/press-release/2017-131.

[47]    Dave Michaels and Paul Vigna, "SEC Fires Warning Shot Against Coin Offerings," WALL STREET JOURNAL (Nov. 9, 2017).

## CLASS ACTION ALLEGATIONS

87.     This suit is brought as a class action pursuant to Section 382 of the California Code of Civil Procedure, on behalf of a Class of all persons or entities who purchased XRP from July 3, 2015 through the present.  Excluded from the Class are Defendants; the officers and directors of the Company and XRP II at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which Defendants have or had a controlling interest.

88.     Plaintiff reserves the right to amend the Class definition if further investigation and/or discovery indicate that the Class definition should be modified.

89.     The members of the Class are so numerous that joinder of all members is impracticable. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are thousands of members of the proposed Class.  The members of the proposed Class may be identified from records maintained by the Company and may be notified of the pendency of this action by mail, using customary forms of notice that are commonly used in securities class actions.

90.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct.

91.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

92.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

        (a)     whether XRP are securities under the Securities Act;

        (b)     whether the sale of XRP violates the registration requirements of the Securities Act; and

        (c)     to what extent Plaintiff and members of the Class have sustained damages and the proper measure of damages.

93.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**Unregistered Offering and Sale of Securities in Violation of
Sections 5 and 12(a)(1)of the Securities Act
(Against All Defendants)**

94.    Plaintiff, on behalf of himself and all others similarly situated, realleges and incorporates herein by reference each and every allegation contained in the preceding paragraphs of this complaint, and further alleges as follows:

95.    Defendants, and each of them, by engaging in the conduct described above, directly or indirectly, made use of means or instruments of transportation or communication in interstate commerce or of the mails, to offer to sell or to sell securities, or to carry or cause such securities to be carried through the mails or in interest commerce for the purpose of sale or for delivery after sale.

96.    XRP are securities within the meaning of Section 2(a)(1) of the Securities Act, 15 U.S.C. §77b(a)(1).

97.    Plaintiff and members of the Class purchased XRP securities.

98.    No registration statements have been filed with the SEC or have been in effect with respect to any of the offerings alleged herein.  No exemption to the registration requirement applies.

99.    SEC Rule 159A provides that, for purposes of Section 12(a)(2), an "issuer" in "a primary offering of securities" shall be considered a statutory seller.  17 C.F.R. § 230.159A(a).  The Securities Act in turn defines "issuer" to include every person who issues or proposes to issue any security.  15 U.S.C. § 77b(a)(4).  Ripple Labs and XRP II are issuers of XRP.

100.    The U.S. Supreme Court has held that statutory sellers under §12(a)(1) also include "the buyer's immediate seller" and any person who actively solicited the sale of the securities to plaintiff and

COMPLAINT

did so for financial gain. *See Pinter v. Dahl*, 486 U.S. 622, 644 n.21 & 647 (1988)*; accord, e.g., Steed Finance LDC v. Nomura Sec. Int'l, Inc.* No. 00 Civ. 8058, 2001 WL 1111508, at *7 (S.D.N.Y. Sept. 20, 2001).   That is, §12(a)(1) liability extends to sellers who actively solicit the sale of securities with a motivation to serve their own financial interest or those of the securities owner. *Pinter v. Dahl*, 486 U.S. 622, 647 (1988); *Capri v. Murphy*, 856 F.2d 473, 478 (2d Cir. 1988).   Ripple Labs, XRP II, and the Individual Defendants are all statutory sellers.

101.    By reason of the foregoing, each of the Defendants have violated Sections 5(a), 5(c), and 12(a) of the Securities Act, 15 U.S.C. §§77e(a), 77e(c), and 77l(a).

102.    As a direct and proximate result of Defendants' unregistered sale of securities, Plaintiff and the Class have suffered damages in connection with their XRP purchases.

### SECOND CAUSE OF ACTION

### Violation of Section 15 of the Securities Act
### (Against Ripple Labs and the Individual Defendants)

103.    Plaintiff, on behalf of himself and all others similarly situated, realleges and incorporates herein by reference, each and every allegation contained in the preceding paragraphs of this Complaint, and further alleges as follows:

104.    This Count is asserted against Defendants Ripple Labs and the Individual Defendants (collectively, the "Control Person Defendants") under Section 15 of the Securities Act, 15 U.S.C. §77o.

105.    The Control Person Defendants, by virtue of their offices, ownership, agency, agreements or understandings, and specific acts were, at the time of the wrongs alleged herein, and as set forth herein, controlling persons within the meaning of Section 15 of the Securities Act.   The Control Person Defendants, and each of them, had the power and influence and exercised the same to cause the unlawful offer and sale of XRP securities as described herein.

106.    The Control Person Defendants, separately or together, possess, directly or indirectly, the power to direct or cause the direction of the management and policies of XRP II, through ownership of voting securities, by contract, subscription agreement, or otherwise.

107.    The Control Person Defendants also have the power to direct or cause the direction of the management and policies of Ripple Labs.

108.    The Control Person Defendants, separately or together, have sufficient influence to have caused XRP II and/or Ripple Labs to submit a registration statement.

109.    The Control Person Defendants, separately or together, jointly participated in Ripple Labs' and/or XRP II's failure to register XRP.

110.    By virtue of the conduct alleged herein, the Control Person Defendants are liable for the wrongful conduct complained of herein and are liable to Plaintiff and the Class for rescission and/or damages suffered.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A.      Declaring this action to be a proper class action and certifying Plaintiff as Class representative;

B.      Declaring that Defendants offered and sold unregistered securities in violation of Sections 5(a), 12(a), and 15 of the Securities Act;

C.      Awarding Plaintiff and the other members of the Class rescission of their XRP purchases;

D.      Awarding Plaintiff and the other members of the Class compensatory damages;

E.      Awarding Plaintiff and the other members of the Class pre-judgment and post-judgment interest, as well as reasonable attorneys' fees, expert witness fees, and other costs and disbursements;

F.      Requiring an accounting of all remaining assets and funds raised by Defendants through the sale of XRP;

G.      Imposing a constructive trust over the assets and funds raised by Defendants through the sale of XRP;

H.      Enjoining and restraining Defendants from violating the securities laws through the continued unregistered sale of XRP; and

1    I.    Awarding Plaintiff and the other members of the Class such other and further relief as the

2  Court may deem just and proper.

3

4  DATED:  July 3, 2018                              SCOTT+SCOTT ATTORNEYS AT LAW LLP

5

6                                                   JOHN T. JASNOCH (CA 281605)
                                                    600 W. Broadway, Suite 3300
7                                                   San Diego, CA 92101
                                                    Telephone: 619-233-4565
8                                                   Facsimile: 619-233-0508
                                                    Email: jjasnoch@scott-scott.com
9
                                                    SCOTT+SCOTT ATTORNEYS AT LAW LLP
10                                                  THOMAS L. LAUGHLIN, IV (*Pro Hac Vice*
                                                    forthcoming)
11                                                  RHIANA SWARTZ
                                                    The Helmsley Building
12                                                  230 Park Avenue, 17th Floor
                                                    New York, NY 10169
13                                                  Telephone: 212-223-6444
                                                    Facsimile: 212-223-6334
14                                                  Email: tlaughlin@scott-scott.com
                                                          rswartz@scott-scott.com
15
                                                    *Counsel for Plaintiff*
16

17

18

19

20

21

22

23

24

25

26

27

28

                                          22