1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RIPPLE LABS INC., et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO.: 18-cv-03286-PJH<br><br>**[PROPOSED] ORDER DEEMING CASES RELATED** |

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse filed an Administrative Motion to Consider Whether Cases Should Be Related, requesting that Avner Greenwald v. Ripple Labs, Inc. et al., No. 18-cv-04790-SK (N.D. Cal. Aug. 8, 2018) (the "Greenwald Action") be designated as related to the above captioned action, Ryan Coffey v. Ripple Labs, Inc. et al., No. 18-cv-03286-PJH (N.D. Cal. June 1, 2018) (the "Coffey Action").

Good cause having been shown, IT IS HEREBY ORDERED that the Greenwald Action is related to the Coffey Action.

DATED: _____, 2018

_____
Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    _____*s/ Peter B. Morrison*_____
Peter B. Morrison
Attorneys for Defendants