| | |
|---|---|
| 1 | James Q. Taylor-Copeland (SBN 284743) |
| 2 | james@taylorcopelandlaw.com |
|   | **TAYLOR-COPELAND LAW** |
| 3 | 501 W. Broadway Suite 800 |
|   | San Diego, CA 92101 |
| 4 | Tel:   619-400-4944 |

Attorney for Individual and Representative Plaintiff Ryan Coffey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated | Case No. 3:18-cv-3286-PJH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| RIPPLE LABS, INC., a Delaware corporation, XRP II, LLC, a South Carolina limited liability company, BRADELY GARLINGHOUSE, an individual, and DOES 1 through 10, inclusive, | Crtrm: 3<br>Judge: Hon. Phyllis J. Hamilton |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), named-plaintiff Ryan Coffey ("Plaintiff"), by and through his counsel, voluntarily dismisses without prejudice the above-captioned action (the "Action").[1] This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment. Plaintiff has not been offered and is not receiving any consideration for dismissing the Action.

Dated:  August 22, 2018        **TAYLOR-COPELAND LAW**

By: /James Taylor-Copeland
     James Q. Taylor-Copeland

Attorney for Lead Plaintiff Ryan Coffey

---

[1] This voluntary dismissal shall not prejudice Plaintiff's right, and Plaintiff hereby expressly reserves his right, to participate in any recovery in the future, if one is obtained.