PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendant
Ripple Labs Inc., XRP II, LLC, Bradley
Garlinghouse, Christian Larsen, Ron Will,
Antoinette O'Gorman, Eric van Miltenburg,
Susan Athey, Zoe Cruz, Ken Kurson, Ben
Lawsky, Anja Manuel, and Takashi Okita

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated,<br><br>                             Plaintiff,<br><br>             v.<br><br>RIPPLE LABS INC., et al.,<br><br>                             Defendants. | CASE NO.: 18-cv-03286-PJH<br><br>**DECLARATION OF VIRGINIA F. MILSTEAD IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1    I, Virginia F. Milstead, do declare as follows:

2        1.    I am an attorney admitted to practice before the courts of the State of California and

3    have been admitted to this Court. I am counsel in the law firm of Skadden, Arps, Slate, Meagher &

4    Flom LLP, which is counsel of record for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley

5    Garlinghouse in the above-captioned matter. The information contained in this declaration is based

6    on my own personal knowledge, and if called upon to do so, could and would testify competently

7    thereto.

8        2.    Pursuant to Civil Local Rules 3-12 and 7-11, I submit this declaration in support of

9    the accompanying Administrative Motion to Consider Whether Cases Should Be Related.

10       3.    Attached hereto as **Exhibit A** is a true and correct copy of the Consolidated

11   Complaint from In re Ripple Labs Inc. Litigation, Lead Case No. 18-CIV-02845 (Consolidated

12   with Case No. 18-CIV-03332 and No. 18-CIV-03461), removed to this Court from San Mateo

13   County Superior Court on November 7, 2018 as Zakinov et al. v. Ripple Labs Inc. et al., No. 4:18-

14   cv-06753-WHA (N.D. Cal. Nov. 7, 2018).

15       4.    Attached hereto as **Exhibit B** is a true and correct copy of the Greenwald Complaint

16   from In re Ripple Labs Inc. Litigation, Lead Case No. 18-CIV-02845 (Consolidated with Case No.

17   18-CIV-03332 and No. 18-CIV-03461), removed to this Court from San Mateo County Superior

18   Court on November 7, 2018 as Zakinov et al. v. Ripple Labs Inc. et al., No. 4:18-cv-06753-WHA

19   (N.D. Cal. Nov. 7, 2018).

20       5.    Attached hereto as **Exhibit C** is a true and correct copy of the Order Deeming Case

21   Related And Consolidating Action Into Master File No. 18CIV02845 entered by Judge Richard H.

22   DuBois of the San Mateo County Superior Court in In re Ripple Labs Inc. Litigation, Lead Case

23   No. 18-CIV-02845 (Consolidated with Case No. 18-CIV-03332 and No. 18-CIV-03461).

24       I declare under penalty of perjury under the laws of the State of California and the United

25   States of America that the foregoing is true and correct.

26       Executed on November 8, 2018 in Los Angeles, California.

27           By: _____*/s/ Virginia F. Milstead*_____
                            Virginia F. Milstead

28

---

DECLARATION OF VIRGINIA F. MILSTEAD ISO DEFENDANTS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

# EXHIBIT A

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
         soddo@robbinsarroyo.com
         ecarrino@robbinsarroyo.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail: bomara@rgrdlaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN MATEO

| | |
|---|---|
| IN RE RIPPLE LABS INC. LITIGATION | Lead Case No. 18-CIV-02845 |
| | (Consolidated with Case No. 18-CIV-03332) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | **CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW** |
| | Assigned for All Purposes to: |
| | Judge: Hon. Richard H. DuBois |
| | Dept.: 16 |
| | Date Action Filed: June 5, 2018 |
| | DEMAND FOR JURY TRIAL |

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

1      Plaintiffs Vladi Zakinov and David Oconer, individually and on behalf of all others similarly

2  situated, by their undersigned attorneys, allege the following, based upon personal knowledge as to each

3  plaintiff and each plaintiff's own acts, and upon information and belief as to all other matters based on

4  the investigation conducted by and through plaintiffs' attorneys, which included, among other things, a

5  review of filings and press releases by Ripple Labs, Inc. ("Ripple" or the "Company"), its wholly owned

6  subsidiary XRP II, LLC ("XRP II"), and analyst and media reports and other publicly disclosed reports

7  and information about the Company and XRP II.   Plaintiffs believe that substantial additional

8  evidentiary support will exist for the allegations set forth herein, after a reasonable opportunity for

9  discovery.

10                          **SUMMARY OF ACTION**

11      1.     This is a securities class action on behalf of all California purchasers of Ripple tokens

12  ("XRP"), brought against Ripple, XRP II and the Chief Executive Officer ("CEO") of the Company,

13  Bradley Garlinghouse ("Garlinghouse"), who promoted, sold and solicited the sale of XRP.  Defendants

14  raised hundreds of millions of dollars through the unregistered sale of XRP, including selling to retail

15  investors, in violation of the law.

16      2.     Under California law, offers and sales of securities must be qualified with the

17  Commissioner of Corporations, unless exempt.   These laws are designed to protect the public, by

18  requiring various disclosures so that investors can better understand the security and the risks associated

19  with investing in that security.  The regime of registration and disclosure is the primary means by which

20  regulators prohibit deceit, misrepresentations, and fraud in the sale of securities, and promote the fair

21  and orderly functioning of the securities markets.

22      3.     The U.S. Securities and Exchange Commission ("SEC") has made it clear that digital

23  tokens, such as XRP, often constitute "securities and may not be lawfully sold without registration with

24  the SEC or pursuant to an exemption from registration."[1]   As stated by Chairman of the SEC Jay

25  Clayton, "A change in the structure of a securities offering does not change the fundamental point that

26  ───────────────

27  [1] *See Investor Bulletin: Initial Coin Offerings*, SEC (July 25, 2017),
https://www.sec.gov/oiea/investor-alerts-and-bulletins/ib-coinofferings.

28

1  when a security is being offered, our securities laws must be followed."[2] "Said another way, replacing a

2  traditional corporate interest recorded in a central ledger with an enterprise interest recorded through a

3  blockchain entry on a distributed ledger may change the form of the transaction, but it does not change

4  the substance."[3]  In the case of XRP, the digital currency is centralized in the XRP Ledger, which is

5  maintained and controlled by Ripple (notwithstanding the Company's representations to the contrary),

6  making the security transactions at issue even more akin to a traditional corporate interest.

7         4.     Here, the XRP offered and sold by defendants has all the traditional hallmarks of a

8  security, yet defendants failed to register them as such.  The purchase of XRP constitutes an investment

9  contract as XRP purchasers, including plaintiffs, provided consideration (in the form of fiat, such as

10  U.S. dollars, or other cryptocurrencies) in exchange for XRP.  XRP purchasers reasonably expected to

11  derive profits from their ownership of XRP, and defendants themselves have frequently highlighted this

12  profit motive.  Moreover, defendants solicited the public at large and sold XRP to raise funds for the

13  business and operations of Ripple and the XRP ecosystem.  The development of the XRP Ledger and

14  other facets of the XRP network, and the return that investors expected to derive therefrom, were, and

15  are, based entirely on the technical, managerial, and entrepreneurial efforts of defendants, and other

16  third parties employed by defendants.  Indeed, a feature of XRP that differentiates the cryptocurrency

17  from others such as Bitcoin, is that the security is highly centralized in Ripple.  The Company created

18  the XRP token and then uses sales of the tokens in order to fund its operations and the development of

19  the XRP ecosystem, which in turn, increases the value of XRP and the potential returns to XRP

20  investors.  Plaintiffs and other class members have an entirely passive role in the success of their

21  investment in XRP.

22         5.     Despite the status of XRP as a security, defendants failed to register XRP and the sale of

23  XRP did not qualify for an exemption from registration.  Nevertheless, many of the representations

24  defendants made regarding XRP were designed to drive demand for XRP, allowing defendants to obtain

25  ───────────────

26  [2]  *See* Jay Clayton, *Statement on Cryptocurrencies and Initial Coin Offerings*, SEC (Dec. 11, 2017),
   https://www.sec.gov/news/public-statement/statement-clayton-2017-12-11.

27  [3]  *Id.*

28

greater returns on their XRP sales.  Defendants have since generated hundreds of millions of dollars in gross proceeds by selling XRP to the general public, in what is essentially a series of initial coin offerings ("ICO").  Much like the better-known term, initial public offering ("IPO"), in an ICO, digital assets are sold to consumers in exchange for legal tender or cryptocurrencies (most often Bitcoin and Ethereum).  These tokens generally give the purchaser various rights on the blockchain network and resemble the shares of a company sold to investors in an IPO.  Unfortunately, ICOs have become a magnet for unscrupulous practices and fraud.

6.      Plaintiffs bring this suit for declaratory relief that XRP is, in fact, a security under applicable laws, and for damages, rescission and other relief as detailed herein.

## JURISDICTION AND VENUE

7.      The claims alleged herein arise under §§25110, 25503 and 25504 of the California Corporations Code (the "Corporations Code").  Jurisdiction is conferred by Article VI, §10 of the California Constitution.  Venue is proper pursuant to the California Code of Civil Procedure.

8.      The violations of law complained of herein occurred in San Mateo County, including the unlawful sale of unregistered securities into this County.  In addition, defendants are located and/or conduct business in this County, significant events that led to the sale of unregistered securities occurred in this County, and documents and witnesses are located in this County, or can be found in this County.  For example, Ripple raised proceeds from, and is backed by venture capital firms, such as Andreessen Horowitz, which is located in this County, has solicited and sold XRP to investors located in this County, and is run by defendant Garlinghouse, who lives in this County.

9.      In connection with the acts alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mail, interstate telephone communications and the facilities of the national securities markets.

## PARTIES

10.      Plaintiff Vladi Zakinov is a citizen of California, who purchased the XRP promoted and sold by defendants, which was not registered as a security by defendants and was not subject to any exemption from registration.

11.     Plaintiff David Oconer is a citizen of California, who purchased the XRP promoted and sold by defendants, which was not registered as a security by defendants and was not subject to any exemption from registration.

12.     Defendant Ripple has its principal place of business in San Francisco, California.  Ripple created and sold XRP, through XRP II, and solicited the purchases of XRP from plaintiffs and the Class (defined herein) for its own benefit and the benefit of its executives and owners, such as defendant Garlinghouse.

13.     Defendant XRP II has its principal place of business in San Francisco, California.  XRP II sold XRP and solicited the purchases of XRP from plaintiffs and the Class for its own benefit and the benefit of its parent, Ripple, and its executives and owners, such as defendant Garlinghouse.

14.     Defendant Garlinghouse is the CEO of the Company.  He is a resident of California and lives in Atherton, California.  Garlinghouse orchestrated the sale of XRP by Ripple and XRP II and solicited the purchases of XRP from plaintiffs and the Class for his own benefit and the benefit of Ripple.

15.     The true names and capacities of defendants sued herein under California Code of Civil Procedure §474 as Does 1 through 25, inclusive, are presently not known to plaintiffs, who therefore sues these defendants by such fictitious names.  Plaintiffs will seek to amend this complaint and include these Doe defendants' true names and capacities when they are ascertained.  Each of the fictitiously named defendants is responsible in some manner for the conduct alleged herein and for the injuries suffered by the Class.

## SUBSTANTIVE ALLEGATIONS

**Ripple Creates XRP**

16.     Ripple's primary business involves the operation of an open ledger protocol, payment, and exchange network.  The native cryptocurrency for the Ripple system is the XRP token, which serves as both an investment in the Company (as sales of XRP are used to fund Company operations, with the expectation that these investments will increase the tokens' value) and as a means of exchange promoted by Ripple.  The Ripple system is based around the XRP Ledger.  The XRP Ledger consists of many servers, called nodes, which accept and process transactions.  Client applications sign and send

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

1  transactions to nodes, which then relay these candidate transactions throughout the network for

2  processing.  Transactions are then verified and become part of the XRP Ledger history through a

3  consensus process.  Every transaction in XRP must be made by and through the XRP Ledger, which is

4  maintained by defendants.  In order to open an account on the XRP Ledger, a user is required by

5  defendants to maintain a minimum account balance of 20 XRP.  Furthermore, each time a transaction in

6  XRP is made, defendants require a transaction cost from the transacting parties.[4]

7      17.     Unlike cryptocurrencies such as Bitcoin and Ethereum, which are mined by those

8  validating transactions on their networks, Ripple created the 100 billion XRP supply itself.  Twenty

9  billion XRP, or 20% of the total XRP supply, were given to the individual founders of Ripple,[5] with the

10 remaining 80 billion being retained by the Company.  As for the 80 billion XRP held by Ripple, the

11 Company periodically sells XRP from its supply and uses the proceeds from these sales to fund

12 Company operations and improve the XRP ecosystem.  Ripple's founders and other Company insiders

13 have also enriched themselves with their personal XRP fortunes.  In January 2018, Ripple co-founder

14 Chris Larsen was named one of the richest people in the United States, with an estimated net worth of

15 $59.9 billion, primarily due to the increase in value of XRP and his personal ownership of billions of

16 XRP tokens and a significant ownership stake in the Company.[6]

17     18.     Ripple has been criticized because of the centralized nature of its network for XRP,

18 especially when compared to the networks for other truly distributed cryptocurrencies such as Bitcoin.

19 Ripple demonstrated its control over the XRP ecosystem when, in 2015, it froze the balance of Ripple

20 co-founder McCaleb following an internal dispute.  The ability of Ripple to control the flow of XRP

21 undermines any pretense that the security is not centralized in the Company.  Similarly, in February

22 2018, a report by BitMEX Research stated that a test of the Ripple system revealed that all five public

23 ─────────────
   [4]   The current minimum transaction cost is 0.00001 XRP, although this cost can be increased by

24 defendants.  This feature of XRP transactions benefits defendants because it makes their stockpile of
   XRP more valuable over time.

25 [5]   Chris Larsen and Jed McCaleb ("McCaleb") each received 9.5 billion XRP.  Arthur Britto received

26 1 billion XRP.

27 [6]   https://www.cnbc.com/2018/01/04/ripple-co-founder-is-now-richer-than-the-google-founders-on-
   paper.html.

28

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

1  keys used to validate transactions came directly from Ripple, meaning that Ripple was "essentially in

2  complete control of moving the ledger forward."[7]  The report concluded that Ripple's claims that the

3  system was "distributed" could be misleading, as Ripple essentially controlled the XRP Ledger process.

4      19.    Significantly, several major cryptocurrency exchanges have refused to list XRP on their

5  exchanges as a result of Ripple's singular control over the XRP network.  For example, CoinBase, one

6  of the world's largest and most widely used exchanges, has so far refused to list XRP (and even declined

7  Ripple's offer to lend CoinBase more than $100 million worth of XRP in exchange for listing).

8  Although CoinBase has yet to issue an explicit statement explaining its decision to exclude XRP, while

9  simultaneously allowing Bitcoin, Ethereum, and other cryptocurrencies to trade on its exchange,

10  Ripple's centralized control over XRP (and the XRP Ledger) and the large volume of XRP allocated to

11  Ripple and XRP's founders are likely to blame.  Indeed, these characteristics of XRP run contrary to

12  CoinBase's "Digital Asset Framework," which outlines the factors it considers when deciding whether

13  to list a particular cryptocurrency on its exchange.[8]  In addition, as several commentators have

14  observed, CoinBase and other exchanges have likely refused to list XRP recognizing that Ripple's

15  singular control over XRP is likely to draw scrutiny from U.S. regulators who have repeatedly warned

16  exchanges against listing any tokens that may be deemed securities.[9]

17      20.    As the stewards of the XRP ecosystem, defendants' success in developing, promoting,

18  and maintaining the XRP Ledger and other exchange infrastructure is directly related to the value of

19  XRP.  Furthermore, because, *inter alia*: (i) Ripple maintains, controls, and stewards the XRP Ledger,

20  (ii) defendants have the ability to add conditions to transactions in XRP and can unilaterally modify

21

22  [7]  *The Ripple Story*, BitMEX Research (Feb. 6, 2018), https://blog.bitmex.com/the-ripple-story/.

23  [8]  Kieran Smith, *Outcast – Why Coinbase and Others Won't Touch XRP*, Brave NewCoin (Aug. 7, 2018),   https://bravenewcoin.com/insights/outcast-why-coinbase-and-others-wont-touch-xrp;   *also*

24  GDAX, GDAX Digital Asset Framework (Nov. 2017), https://pro.coinbase.com/static/digital-asset-framework-2017-11.pdf.

25  [9]  Annie Massa, et al., *Ripple Has Tried to Buy Its Way Onto Major Exchanges for Cryptocurrency*,

26  Bloomberg (Apr. 4, 2018), https://www.bloomberg.com/news/articles/2018-04-04/ripple-is-said-to-struggle-to-buy-u-s-listing-for-popular-coin; Kieran Smith, *Outcast – Why Coinbase and Others Won't*

27  *Touch XRP*, Brave NewCoin (Aug. 7, 2018), https://bravenewcoin.com/insights/outcast-why-coinbase-and-others-wont-touch-xrp.

28

1  elements of the XRP ecosystem; and (iii) each transaction in XRP has a transaction cost set by

2  defendants that benefits defendants, each transaction in XRP involves a transaction directly with

3  defendants.

4  **Ripple Updates XRP**

5        21.     Ripple is constantly changing and seeking to improve the XRP network. These changes

6  have decreased transaction times and improved system security, compatibility, use cases and other

7  features of XRP. At the same time, Ripple has released new "white papers" touting these upgrades and

8  proposed upgrades to the cryptocurrency and its exchange network. For example, Ripple released a

9  white paper in February 2016 following a series of upgrades with the subtitle "The ROI of Using Ripple

10  and XRP for Global Interbank Settlements."[10] "ROI" stands for "return on investment," and the paper

11  discussed at length the purported value of using XRP, compared to other systems.

12        22.     One of the most significant changes to the XRP ecosystem occurred in the latter half of

13  2015. In May 2015, regulatory authorities in the United States fined Ripple and XRP II $700,000 for

14  "willfully" violating the Bank Secrecy Act by selling XRP without obtaining the required authorization.

15  The failure to properly register as a money services business, or "MSB," exposed XRP for use by

16  money launderers, criminals and other suspicious actors. As part of the settlement, defendants agreed to

17  a number of remedial measures, including registration with FinCEN within 30 days of the agreement

18  and to secure customer identification information within 180 days of the agreement. In the subsequent

19  months, Ripple updated the XRP network and ecosystem to comply with the settlement agreement. In

20  October 2015, Ripple underwent a rebranding after which it purported to fulfill its obligations under the

21  settlement agreement.

22        23.     Another key development occurred in May 2017, when Ripple announced that it would

23  limit distribution of the remaining 61.68 billion XRP owned by the Company, from its original 80

24  billion XRP allotment. Ripple stated that it would place 55 billion XRP into a cryptographically

25  secured escrow account, and only offer and sell limited amounts of XRP at defined intervals. The

26  Company established 55 contacts of 1 billion XRP that allowed it to sell up to 1 billion XRP per month,

27  ───────────────────
[10]   https://ripple.com/files/xrp_cost_model_paper.pdf.

28

1   with any unsold XRP returned to escrow for use in subsequent offerings.  The Company stated that it

2   expected the distribution strategy "will result in a strengthening XRP exchange rate against other

3   currencies," and that Ripple's "self-interest is aligned with building and maintaining a healthy XRP

4   market."[11]  The fact that the vast amount of existing XRP resides in the control of defendants further

5   demonstrates the high degree of centralization and control defendants maintain over XRP, as they can

6   determine the supply of XRP, which will, in turn impact the price of the security.

7           24.     Indeed, a primary motivation for limiting the available supply of XRP was to drive price

8   appreciation and allow defendants to maximize profits from XRP sales.  The price of XRP increased

9   rapidly following the announcement of the escrow decision, increasing 1,159% during the second

10  quarter of 2017.   Ripple's "Q2 2017 XRP Markets Report" listed the escrow announcement as

11  "instrumental in helping to drive XRP interest and volume," and noted the "market responded favorably

12  to the escrow" announcement.[12]

13          25.     On or about December 7, 2017, Ripple announced that it had followed through with its

14  promise and placed "55 billion XRP in a cryptographically-secured escrow account to create certainty

15  of XRP supply at any given time."[13]  The announcement stated:

16          By securing the lion's share of XRP in escrow, people can now mathematically verify
            the maximum supply that can enter the market.  While Ripple has proved to be a
17          responsible steward of XRP supply for almost five years – and has clearly
            demonstrated a tremendous track record of investing in and supporting the XRP
18          ecosystem – this lockup eliminates any concern that Ripple could flood the market,
            which we've pointed out before is a scenario that would be bad for Ripple![14]
19

20          26.     The article contained a button to allow readers to share it on Twitter with the caption

21  "Game changer for $XRP! 55 billion XRP now in escrow."[15]  Ripple also promoted this article through

22

23  [11]   https://ripple.com/insights/ripple-to-place-55-billion-xrp-in-escrow-to-ensure-certainty-into-total-
       xrp-supply/.

24  [12]   https://ripple.com/insights/q2-2017-xrp-markets-report/.

25  [13]   https://ripple.com/insights/ripple-escrows-55-billion-xrp-for-supply-predictability/.

26  [14]   *Id.*

27  [15]   *Id.*

28

1    its own tweet, which proclaimed: "55B $XRP is now in escrow.  Interested in what this means for

2    $XRP markets?"[16]  Garlinghouse was even more enthusiastic, tweeting: "Boom! 55B $XRP now in

3    escrow.  Good for supply predictability and trusted, healthy $XRP markets.  Glad to finally let this

4    #cryptokitty out of the bag!"[17]

5         27.      Ripple's public commitment to limit the supply of XRP had its intended effect.  In the

6    weeks that followed, the price of XRP rapidly increased, from approximately $0.22 per token on

7    December 7, 2017 to $3.38 per token on January 7, 2018.[18]

8    **Defendants Market XRP to Drive Demand and Increase Price**

9         28.      While publicly touting its xCurrent, xRapid and xVia enterprise solutions (collectively,

10    "Enterprise Solutions"), Ripple's primary source of income is, and has been, the sale of XRP.  Ripple

11    generated over $180 million in gross proceeds through XRP sales in 2017 alone.[19]  Defendants sell

12    XRP on a wholesale basis to larger investors, and also sell significant quantities of XRP directly to

13    retail investors on cryptocurrency exchanges.  According to Ripple, in the first quarter of 2018, "market

14    participants purchased $16.6 million [of XRP] directly from XRP II," and XRP II also "sold $151.1

15    million worth of XRP" on exchanges.[20]

16         29.      Given its reliance on sales of XRP, it is unsurprising that Ripple aggressively markets

17    XRP to drive demand, increase the price of XRP, and, consequently, its own profits.  For example,

18    Ripple has an entire section of its website dedicated to providing advice on "How to Buy XRP."  This

19    section provides links to exchanges and instructions on "how to buy XRP" on those exchanges.[21]  It also

20

21    [16]    https://twitter.com/Ripple/status/938933967956389889.

22    [17]    https://twitter.com/bgarlinghouse/status/938933791145336832?lang=en.

23    [18]    XRP would subsequently lose nearly all its value in just over three months, falling to a low of
24    approximately $0.48 per token on April 6, 2018.

25    [19]    https://www.cnbc.com/2018/01/24/ripple-sold-91-point-6-million-of-digital-currency-xrp-last-
quarter.html.

26    [20]    Q1 2018 XRP Markets Report, https://ripple.com/insights/q1-2018-xrp-markets-report/.

27    [21]    XRP Buying Guide, https://ripple.com/xrp/buy-xrp/.

28

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

has a section titled "Market Performance" which proclaims that Ripple is "committed to the long term health and stability of XRP markets."[22]

30.    Ripple also regularly promotes the availability of XRP on exchanges.  For example, on May 18, 2017, Ripple's Senior Vice-President for Business Development, Patrick Griffin, tweeted a link to the Kraken exchange with the caption: "Kraken Introduces New Fiat Pairs for XRP Trading! USD, JPY, CAD, EUR @Ripple."[23]

31.    Similarly, on or about December 21, 2017, Ripple tweeted that XRP was now available on over 50 exchanges.[24]  That tweet linked to an article on Ripple's website which described XRP as "the fastest and most scalable [digital] asset on the market."[25]  The article continued: "The market is taking notice of XRP's speed, reliability and scalability – which has strengthened the demand for XRP and where it's listed.  In fact, we're proud to announce that XRP has gone from being listed on six exchanges earlier this year to more than 50 worldwide."[26]  The article also linked to a number of exchanges where XRP could be purchased, and stated that "XRP's long-term value is determined by its utility – including its ability to help financial institutions source liquidity for payments into and out of emerging markets."[27]

32.    Illustrative of defendants' attempts to promote the XRP ecosystem, in 2017, Ripple attempted to pay two of the top cryptocurrency exchanges, Gemini and Coinbase, to secure listing of XRP.  Coinbase and Gemini provide some of the easiest ways for U.S. customers to buy crypto-assets with U.S. dollars.  As a result, being listed on one of these exchanges tends to accelerate demand for, and thus, increase the price of, a crypto-asset.  For example, when Coinbase listed Bitcoin Cash in

---

[22]   Market Performance, https://ripple.com/xrp/market-performance/.

[23]   @patgriffin9, https://twitter.com/patgriffin9/status/865251321867231233.

[24]   @Ripple, https://twitter.com/Ripple/status/943999526783905792.

[25]   XRP Now Available on 50 Exchanges Worldwide, https://ripple.com/insights/xrp-now-available-on-50-exchanges-worldwide/.

[26]   *Id.*

[27]   *Id.*

1    December 2017, the price of Bitcoin Cash increased nearly three times its trading price relative to other

2    exchanges.

3         33.    Reportedly, Ripple offered to pay $1 million to Gemini in the third quarter of 2017 if it

4    would list XRP.  Similarly, during preliminary talks with Coinbase in the fall of 2017, Ripple said it

5    would be willing to lend the exchange more than $100 million worth of XRP to start letting users trade

6    the token.[28]  On November 29, 2017, Ripple posted a link to a change.org petition to "Get Ripple on

7    CoinBase," with the caption: "The community is mobilizing! [thumbs up emoji]."[29]  Ripple's Senior

8    Vice President of Business Development also tweeted a link to the petition.  According to *Bloomberg*:

9    "By dangling money in front of exchanges, Ripple signaled that its future success hinges in part on

10   getting XRP listed on the top trading venues."[30]

11        34.    In addition, Ripple hosts conferences to generate interest in XRP.  For example, from

12   October 16 to October 18, 2017, the Company hosted a conference named "Swell" in Toronto.  Ripple

13   acknowledged that "[a]nticipation around the event spurred a meaningful spike in XRP, pushing it up

14   100 percent."[31]

15        35.    On December 21, 2017, CoinDesk, a subsidiary of Digital Currency Group, which has an

16   ownership interest in Ripple, published an article titled, "Ripple Price Passes Historic $1 Milestone."[32]

17   This was just one of many instances in which Ripple would promote price movements of XRP.

18        36.    Ripple's promotion of XRP's price continued in December 2017, as the price of XRP

19   climbed over 1,000% in a single month.  In one instance, Ripple's product manager of the XRP Ledger

20   and xRapid retweeted a tweet exclaiming: "Wow, XRP at all time high!  Forget about bitcoin, *we're all*

---

[28] https://www.bloomberg.com/news/articles/2018-04-04/ripple-is-said-to-struggle-to-buy-u-s-listing-for-popular-coin.

[29]  https://twitter.com/ripple/status/935923310080045056?lang=en.

[30]  https://www.bloomberg.com/news/articles/2018-04-04/ripple-is-said-to-struggle-to-buy-u-s-listing-for-popular-coin.

[31]  Q3 2017 XRP Markets Report, https://ripple.com/xrp/q3-2017-xrp-markets-report/.

[32]  Daniel Palmer, *Ripple Price Passes Historic $1 Milestone*, CoinDesk (Dec. 21, 2017) https://www.coindesk.com/ripple-price-passes-historic-1-milestone/.

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

*in on XRP!*"[33]  This same manager later tweeted: "So glad I doubled down.  Since I joined @Ripple, $XRP now at $1.00 (up 17,141.37%)...."[34]

37.     Ripple's CEO, defendant Garlinghouse, has also been a vocal advocate for investing in XRP.  In a December 14, 2017 interview with BNN, when asked if he is "personally invested" in XRP and was "taking profits" on that investment, Garlinghouse stated, "I'm long XRP, *I'm very, very long XRP* as a percentage of my personal balance sheet."[35]  He continued, stating that he is "not long some of the other [digital] assets, because it is not clear to me what's the real utility, what problem are they really solving."[36]  He ended by reiterating, "if you're solving a real problem, if it's a scaled problem, then I think you have a huge opportunity to continue to grow that."[37]  Later that same day, Garlinghouse tweeted: "Bloomberg welcomes $XRP to @theterminal and gets it right – #2 market cap behind $BTC at ~$80B!"[38]

38.     About a week later, on or about December 22, 2017, Garlinghouse tweeted an article titled "Bitcoin Is So 2017 as Ripple Soars at Year End," with the caption "I'll let the headline speak for itself.  $xrp."[39]

39.     Similarly, on or about January 17, 2018, Garlinghouse tweeted a link to a *CNBC* article titled "Ripple is sitting on close to $80 billion and could cash out hundreds of millions per month – but it isn't," with the caption: "A good read on why fostering a healthy $XRP ecosystem is a top priority at @Ripple."[40]

---

[33]   @warpaul, https://twitter.com/yoshitaka_kitao/status/940785785925709829.

[34]   https://twitter.com/warpaul/status/943766056710975490.

[35]   Interview available at https://twitter.com/jonerlichman/status/941354964227522561?lang=en.

[36]   *Id.*

[37]   *Id.*

[38]   @bgarlinghouse, https://twitter.com/bgarlinghouse/status/941375649549246464.

[39]   @bgarlinghouse, https://twitter.com/bgarlinghouse/status/944325730338357248.

[40]   https://twitter.com/bgarlinghouse/status/953676992313872384?lang=en.

40.     However, the reality was that Ripple was profiting by selling to investors from its massive store of XRP.  In 2017 alone, Ripple sold more than $180 million worth of XRP.  These sales accelerated in the first quarter of 2018, reaching $151.1 million in just three months.

41.     Recently, Ripple's efforts to aggressively market and drive demand for XRP have bled into politics.  In September 2018, Ripple and several other cryptocurrency companies with links to Ripple announced the founding of an advocacy group dubbed "Securing America's Internet of Value Coalition."[41]   The Coalition announced that it retained The Klein/Johnson Group, a prominent Washington D.C. based lobbying firm, who is expected to help the Coalition in its efforts to lobby Congress and the SEC on issues critical to Ripple's bottom-line, including whether XRP is a security subject to SEC regulation.[42]   For their expertise, the Klein/Johnson Group will receive $25,000 and 10,000 XRP tokens per month from the Coalition.  Commenting on the decision to pay their lobbyists in XRP, Chris Larsen, Ripple's executive chairman explained: "It gives them some upside and gives them some risk ... Hopefully it gives them a taste of the industry in a way that hits home."[43]

**The Price of XRP Is Directly Tied to Ripple's Business and Operations**

42.     The Company's primary source of revenue is the periodic sale of XRP to investors.  The price for XRP, in turn, is directly tied to the managerial skills and efforts of Ripple, XRP II, Garlinghouse, and other third parties who they employ, or with whom they are associated.  Ripple regularly promotes its improvements to the XRP ecosystem, which are intended to increase demand for XRP and thus potential returns for XRP investors.  For example, in describing the reasons behind the dramatic price appreciation of XRP during the fourth quarter of 2017, Ripple specifically cited as of "particular importance," the Company's various business initiatives, including: (i) Ripple's partnership with American Express/Santander; (ii) Ripple's activation of the previously discussed escrow of XRP to limit periodic offers and distributions; and (iii) a Japanese/Korean banking consortium backed by the

---

[41]   https://www.coindesk.com/new-ripple-led-advocacy-group-to-pay-lobbyists-in-xrp/.

[42]   https://www.bloomberg.com/news/articles/2018-09-27/cryptocurrency-coalition-to-pay-d-c-lobbyists-in-digital-coins.

[43]   *Id.*

1   Company.[44]  In the report, Ripple stated that its "consistent and steadfast support of XRP is a major

2   advantage as the payments industry continues to seriously consider it as an alternative liquidity

3   solution."[45]  The centralized nature of XRP compared to other cryptocurrencies further cements the

4   central role of defendants in determining the future expected value of the asset.

5       43.     Defendants' white papers, advertising and social media postings also conflate adoption

6   and use of Ripple's Enterprise Solutions businesses with adoption and use of XRP.  Although ostensibly

7   separate, the two business segments are very much interrelated, because adoption of Ripple's Enterprise

8   Solutions by various institutional actors is likely to increase the use and demand for XRP.  For example,

9   the Company's xRapid infrastructure solution uses XRP, which Ripple states will "dramatically lower

10  costs while enabling real-time payments in emerging markets."[46]  Similarly, a November 2015 white

11  paper by the Company highlighted "XRP's Role on Ripple and in the Internet of Value" and how the

12  Company's technologies could turn a "Spark to a Wildfire" by increasing liquidity and efficiencies for

13  cross-border transactions for the Company's banking clients.[47]  A February 2016 white paper followed

14  up on those purported "network effects," claiming that the use of the Ripple network and XRP would

15  increase banks' returns on investment by improving the global payment infrastructure.[48]  Moreover,

16  Ripple promotes XRP and xRapid to its existing Enterprise Solutions customer base and can increase

17  the use of these products through cross-selling.  Ripple has explicitly stated that this is part of its

18  business strategy.[49]  As XRP can be used to transact on xRapid, and the same customers that may adopt

19

20  [44]   Q4 2017 XRP Markets Report, https://ripple.com/insights/q4-2017-xrp-markets-report/.

21  [45]   *Id.*

22  [46]   https://ripple.com/solutions/source-liquidity/.

23  [47]   https://ripple.com/files/ripple_vision.pdf.

24  [48]   https://ripple.com/files/xrp_cost_model_paper.pdf.

25  [49]   *E.g.*, https://ripple.com/insights/much-ado-much-to-do-part-3/("While no xCurrent customers today
26  use xRapid, we're increasingly speaking to them about their liquidity challenges and xRapid at their
    request....  As long as we continue to run xRapid pilots as successful as Cuallix's, we believe we'll drive
27  a lot of payments volume through XRP in the years ahead.").

28

Ripple's Enterprise Solutions overlap with potential institutional users and facilitators of XRP, the success of Ripple's overall business and operations is directly correlated to the price of XRP.

44.   Articles such as "Ripple XRP price picks up pace as demand for xVia API increases" have made the direct connection between the price of XRP and the adoption of the Company's Enterprise Solutions.[50]  Ripple itself has made this link, for example tweeting on May 16, 2017: "The appeal that Ripple has towards traditional financial institutions is a big advantage it has over Bitcoin."[51]

45.   Similarly, on June 29, 2017, Ripple tweeted a clip of an interview Garlinghouse gave on *CNBC* with the caption: "#XRP – up 4000% this year – has shown the market favors a real use case for #digitalassets...."[52]  For that interview, Garlinghouse was quoted as stating, "Digital assets are in a position to be more valuable than gold."[53]

46.   On September 11, 2017, Garlinghouse stated in an interview with CNBC: "People are looking at the success Ripple has been having as a company, *and I think that's increased the value of XRP*."[54]  He continued by stating that Ripple wants "to keep focusing on making XRP a valuable payments tool, and that value will increase accordingly," and he was "voting with my . . . pocketbook on the future increased value of cryptocurrencies,"[55]

47.   On November 27, 2017, Garlinghouse tweeted "Ripple & $XRP are giving businesses 'what they want in a #blockchain,'" along with a link to a Motley Fool tweet.[56]  The linked-to Motley

---

[50]   https://globalcoinreport.com/ripple-xrp-price-picks-up-pace-as-demand-for-xvia-api-increases/.

[51]   @Ripple, https://twitter.com/Ripple/status/864635614020251649.

[52]   @Ripple, https://twitter.com/Ripple/status/880532198025121793.

[53]   https://twitter.com/AkikoFujita/status/880256389213339648.

[54]   https://www.cnbc.com/2017/09/11/ripple-ceo-brad-garlinghouse-on-bitcoin-and-xrp.html.

[55]   *Id.*

[56]   @bgarlinghouse, https://twitter.com/bgarlinghouse/status/935225940845711366.

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

Fool tweet stated that "AmEx and Banco Santander will use Ripple's blockchain network for instant intl. fund transfers.  Could be a big deal for Ripple's XRP cryptocurrency.  $AXP $SAN."[57]

48.     Likewise, on December 14, 2017, Ripple tweeted: "The Japan Bank Consortium launched a Ripple pilot with two large Korean banks – the first time money moves from Japan to Korea over RippleNet."[58]  On that same day Ripple tweeted "@bgarlinghouse [its CEO's Twitter handle] on why crypto prices will be driven by real utility, the multi-trillion $ problem @Ripple is solving and why $XRP will come out on top."[59]

49.     On January 4, 2018, following XRP's rapid price increase, *The New York Times* published an article titled, "Rise of Bitcoin Competitor Ripple Creates Wealth to Rival Zuckerberg."[60] The author of the article, Nathaniel Popper, tweeted a link to the article with the caption: "On the rise of Ripple.  If this is a tulip fever, the fever has spread to chrysanthemums and poppies."[61]  He further stated in the tweet: "I've asked several people close to banks if banks are indeed planning to begin using Ripple's token, XRP, in a serious way, which is what investors seem to assume when they buy in at the current XRP prices."[62]

50.     Garlinghouse publicly responded to this post, tweeting: "Over the last few months I've spoken with ACTUAL banks and payment providers.  They are indeed planning to use xRapid (our XRP liquidity product) in a serious way."[63]  Garlinghouse then provided a "sampling" of feedback he had purportedly received from these institutions praising XRP and xRapid.  This feedback implicitly justified the market price and investment opportunity for XRP, including:

---

[57]  @themotleyfool, https://twitter.com/themotleyfool/status/934850515640471553.

[58]  @Ripple, https://twitter.com/Ripple/status/941501026267316224.

[59]  @Ripple, https://twitter.com/Ripple/status/941352005058011137.

[60]  Nathaniel Popper, *Rise of Bitcoin Competitor Ripple Creates Wealth to Rival Zuckerberg*, N.Y. Times, Jan. 4, 2018, https://www.nytimes.com/ 2018/01/04/technology/bitcoin-ripple.html.

[61]  @nathanielpopper, https://twitter.com/bgarlinghouse/status/949129952716234752.

[62]  *Id.*

[63]  *Id.*

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

- "We ran the costs on our end and see that this is 100% more efficient that [sic] what we're doing now."

- "The xRapid pilots all went perfectly."

- "This is much more efficient than our process today.  We'd like to move forward with xRapid today."

- "We've already used Bitcoin in transactions but the time is causing slippage and costing more to transfer.  We'd like to use xRapid and XRP to help with these issues."

- "This [XRP] is a much more efficient way to send money across borders than what we typically use today.  Especially as Bitcoin has continued to slow and become more expensive."

- "There's plenty of small to medium sized banks out there that are hit hard by fees. They'd jump at the opportunity to send money directly and bypass those fees [using XRP]."[64]

**Defendants Acknowledge that Development of the XRP Ledger Is Dependent on Their Technical, Entrepreneurial, and Managerial Efforts**

51.     As alleged herein, defendants have repeatedly acknowledged the obvious: development of the XRP Ledger and the potential profits that could be derived from investing in XRP, depends on their technical, entrepreneurial and managerial efforts.

52.     Indeed, Ripple publishes a quarterly report detailing its efforts to grow the "XRP ecosystem."[65]  In the report for the second quarter of 2017, Ripple stated: "We plan to focus on three areas of liquidity development as we drive XRP towards its natural position as the digital asset standard for international value transfer."[66]  The report continues: "Most importantly, we are accelerating the pace of our investment in the XRP Ledger to build on its speed, uptime, and scalability, to ensure XRP is the most trusted enterprise-grade digital asset."[67]

---

[64]  *Id.*

[65]  Announcing the Quarterly XRP Market Operations Report, https://ripple.com/insights/announcing-quarterly-xrp-market-operations-report/.

[66]  Q2 2017 XRP Markets Report, https://ripple.com/insights/q2-2017-xrp-markets-report/.

[67]  *Id.*

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

1      53.      Three months later, in describing its goals for the fourth quarter of 2017, Ripple

2  proclaimed it would "continue to expand [its] xRapid partnerships." [68]  The report stated that Ripple's

3  "long-term goal is, and always has been, usage of XRP as a liquidity solution for more and more

4  corridors, and partnerships are key to achieving this goal."[69]

5      54.      Similarly, in January 2018, Ripple touted "a partnership with MoneyGram – one of the

6  world's largest money transfer companies – to use xRapid and XRP for near real-time cross-border

7  payments.  In addition, there are a number of other xRapid deals at various stages of completion in the

8  pipeline."[70]  The Company also stated that it wanted "to build the necessary markets infrastructure for

9  eventual direct usage of XRP by financial institutions."[71]  Garlinghouse commented on this partnership,

10  stating "And to be clear: @MoneyGram announcement is one step in a marathon ahead to truly make

11  $XRP the global liquidity solution for payment providers and banks."[72]  These are illustrative of the

12  many instances in which defendants have acknowledged their own role in promoting the market for

13  XRP, and the ways in which the future expected value of XRP is dependent on their own efforts.

14      55.      In addition, defendants, and Ripple in particular, are responsible for maintaining the

15  XRP Ledger.  Unlike cryptocurrencies such as Bitcoin and Ethereum, which use a Proof of Work

16  ("PoW") consensus mechanism to verify the legitimacy of transactions on the network, the XRP Ledger

17  relies on trusted nodes, operated by Ripple, to verify the legitimacy of transactions and maintain

18  agreement on the network.  The PoW mechanism utilized by Bitcoin and Ethereum helps to ensure the

19  network is decentralized by allowing anyone to use their own hardware and electricity to run the PoW

20  consensus algorithm to verify transactions on the public ledger, and send them to be recorded

21  throughout the blockchain.  The network's decision-making process is thus placed entirely in the hands

22

23  [68]   Q3 2017 XRP Markets Report, https://ripple.com/xrp/q3-2017-xrp-markets-report/.

24  [69]   *Id.*

25  [70]   Q4 2017 XRP Markets Report, https://ripple.com/insights/q4-2017-xrp-markets-report/.

26  [71]   *Id.*

27  [72]   @bgarlinghouse, https://twitter.com/bgarlinghouse/status/951461582424358912.

28

1  of those who run the consensus algorithm, with their own hardware and electricity, rather than any one

2  entity or individual.

3       56.    The XRP Ledger consensus protocol, by contrast, relies on "trusted nodes" on Ripple's

4  Unique Node Lists ("UNL"). The UNL is the set of trusted nodes that communicate "reliable"

5  information to other nodes on the XRP Ledger. Like miners in Bitcoin and Ethereum, these "trusted

6  nodes" validate transactions. However, unlike those miners, the trusted nodes are either selected, or

7  controlled, by Ripple itself. Ripple provides its own default and recommended UNL – comprised of

8  only five Ripple-hosted nodes. Although Ripple claims it plans to decentralize the network, it admits

9  that it will only remove its own "trusted nodes" if it decides that other validator nodes are reliable,

10  reputable, stable and secure.[73] Ripple's view of decentralization of the XRP Ledger still involves

11  Ripple maintaining full control over the XRP Ledger, and deciding who owns and operates any third-

12  party "trusted nodes."

13       57.    In February 2018, BitMEX Research, a blockchain research group, installed and ran a

14  copy of Rippled (the software that allows users to run nodes on the XRP Ledger).[74] According to

15  BitMEX Research, "[t]he node operated by downloading a list of five public keys from the server

16  v1.ripple.com."[75] The report continued: "The software indicates that four of the five keys are required

17  to support a proposal in order for it to be accepted [on the XRP Ledger]."[76] However, "[a]ll five keys

18  are assigned to Ripple.com."[77] BitMEX Research concluded that "[s]ince the keys were all downloaded

19  from the Ripple.com server, ***Ripple is essentially in complete control of moving the ledger forward***, so

20

---

21  [73] Rome Reginelli, *Decentralization Strategy Update* (Oct. 17, 2017), https://ripple.com/dev-

22  blog/decentralization-strategy-update/; Stephan Thomas, *How We Are Further Decentralizing the XRP*

23  *Ledger to Bolster Robustness for Enterprise Use*, https://ripple.com/insights/how-we-are-further-decentralizing-the-ripple-consensus-ledger-rcl-to-bolster-robustness-for-enterprise-use/.

24  [74] *The Ripple Story*, BitMEX Research (Feb. 6, 2018) https://blog.bitmex.com/the-ripple-story/.

25  [75] *Id.*

26  [76] *Id.*

27  [77] *Id.*

28

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

1   one could say *the system is centralized*."[78]   As a result, BitMEX Research found that "the Ripple

2   system appears for all practical purposes to be centralized and is therefore perhaps devoid of any

3   interesting technical characteristics, such as censorship resistance, which coins like Bitcoin may

4   have."[79]

5        58.    Ripple's control over the XRP Ledger and the flow of XRP was put on dramatic display

6   in 2015, when it exerted this control to freeze the sale of approximately 96 million XRP, worth about $1

7   million at the time, by Company co-founder McCaleb.  Ripple received heavy criticism for the incident.

8   As noted by one cryptocurrency blog: "This incident is a reminder of the fact that despite its constant

9   portrayal as a semi-decentralized currency, there's a lot of control that can be exercised upon your XRP

10   by the company!"[80]

11       59.    As additional indications of centralization and control over every XRP transaction,

12   Ripple is continuously updating the Ripple ecosystem.  The implementation of gateway freezes, such as

13   the one used to freeze McCaleb's attempted XRP sale, is one example of an XRP system update by

14   Ripple, which the Company activated in August 2014.

15       60.    Ripple's XRP product manager, Warren Paul Anderson ("Anderson"), frequently markets

16   the XRP Ledger's dependence on Ripple's continued commitment to it.  For example, on December 14,

17   2016, he tweeted: "Thrilled to have the rippled team in town for a summit to discuss the future of

18   @Ripple Consensus Ledger & XRP as a native digital asset!"[81]   Approximately a year later, in

19   December 2017, he retweeted his earlier statement, saying "It's that time of year again, and what a year

20   it's been! #XRP Ledger (rippled) core developers in town @Ripple for a summit to discuss planning for

21   2018."[82]  Later that same day, Anderson posted a picture of Ripple engineers with the caption: "A great

22   _____

23   [78]   *Id.*

24   [79]   *Id.*

25   [80]   https://cryptocrimson.com/news/ripple-freezes-bitstamp-funds-co-founder.

26   [81]   @warpaul, https://twitter.com/warpaul/status/809047284717469696.

27   [82]   @warpaul, https://twitter.com/warpaul/status/940970970759573505.

28

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

day of reflection & planning @Ripple w/ the greatest C++ engineering team in the world #XRP."[83]  On

that same day, Ripple's head of cryptography tweeted: "Today, all the $XRP Ledger developers at

@Ripple are in SF to reflect on 2017 and plan for 2018."[84]

61.     Later in the month, on December 29, 2017, a Ripple software engineer, Nik Bougalis

("Bougalis"), tweeted: "I've been working on code review for the last couple days.  Excited to get

rippled 0.90.0 out the door,"[85] indicating that Ripple was working to launch a new version of Rippled

and thereby advance the XRP Ledger.  Following, Ripple's release of a Rippled upgrade, Bougalis

tweeted: "The @Ripple C++ team has released rippled 0.90.0.  Cool new features: history sharding,

deposit authorizations, checks and more!"[86]

62.     On March 5, 2018, Bougalis similarly reposted a tweet defending investing in XRP by

stating, "So you'd invest in Linux, not Microsoft.  In UseNet, not Google.  In MySQL, not Oracle.

Good luck with your portfolio.  ***Ripple is the next Google***.  You're stuck in the silly idea that *a*

***company can't build a digital asset, even when it does this right under your nose***," with the caption:

"Now that's a mic drop, if I've ever seen one."[87]  In other words, as acknowledged by Ripple's own

employees, the value of XRP is tied directly to the security's centralization in Ripple and the business,

operations, success and prospects of the Company.

**XRP Is a Security**

63.     The sale of XRP involved an offer and sale of securities under applicable law.

Defendants indiscriminately made the offer to sell XRP to the public, and defendants used the proceeds

raised from the sale of XRP to fund the operations of Ripple and development of the XRP ecosystem.

Ripple acknowledges that it "sells XRP to fund its operations and promote the network.  This allows

---

[83] @warpaul, https://twitter.com/warpaul/status/941087297360994304.

[84] @JoelKatz, https://twitter.com/JoelKatz/status/940974743733153792.

[85] @nbougalis, https://twitter.com/nbougalis/status/946829572145741824.

[86] @nbougalis, https://twitter.com/nbougalis/status/966106932925882368.

[87] @nbougalis, https://twitter.com/nbougalis/status/970733741319503872.

1   Ripple Labs to have a spectacularly skilled team to develop[] and promote the Ripple protocol and

2   network."[88]  Similarly, Garlinghouse has conceded that Ripple's "self-interest is aligned with building

3   and maintaining a healthy XRP market."[89]

4        64.    XRP, despite its name as a "token," is actually a security under California law.   In

5   particular: (i) Ripple uses the funds it raised from the sale of XRP to fund its business ventures; (ii) the

6   Company indiscriminately offers XRP for sale to the public at large; (iii) plaintiffs and the Class (as

7   defined herein) are effectively powerless to control the success of Ripple and XRP; and (iv) plaintiffs

8   and the Class members' investment is substantially at risk, and is without any security.

9        65.    Plaintiffs and the Class invested in XRP as a common enterprise with the expectation of

10   profits derived solely from the efforts of Ripple and its employees.  Plaintiffs and the Class used fiat

11   and other digital currencies, such as Bitcoin and Ethereum, to purchase XRP.  The expected profits and

12   returns on these investments are directly intertwined with the business and operations of Ripple.  Ripple

13   acknowledges that it "sells XRP to fund its operations and promote the network.  This allows Ripple

14   Labs to have a spectacularly skilled team to develop and promote the Ripple protocol and network."[90]

15   Similarly, Garlinghouse has conceded that Ripple's "self-interest is aligned with building and

16   maintaining a healthy XRP market."

17        66.    The success of XRP and the development of the XRP ecosystem is uniquely centralized

18   in Ripple.  The Company created the XRP Ledger and all 100 billion XRP in existence, and concedes

19   that it "sells XRP to fund its operations and promote the network," in order "to have a spectacularly

20

21

22

---

[88]   Ripple     credits,     https://wiki.ripple.com/Ripple_credits#XRP_funds_the_development_and_
23   promotion_of_the_protocol_and_the_network.

24   [89]   Brad Garlinghouse, *Ripple to Place 55 Billion XRP in Escrow to Ensure Certainty of Total XRP*
25   *Supply* (May 16, 2017), https://ripple.com/insights/ripple-to-place-55-billion-xrp-in-escrow-to-ensure-
certainty-into-total-xrp-supply/.

26
[90]   Ripple     credits,     https://wiki.ripple.com/Ripple_credits#XRP_funds_the_development_and_
27   promotion_of_the_protocol_and_the_network.

28

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

skilled team to develop[] and promote the Ripple protocol and network."[91]  As of May 6, 2018, Ripple held over 60.8 billion XRP – more than 60% of the XRP in existence.[92]

67.     In addition, Ripple directly influences the supply of XRP by locking more than half the supply of XRP in escrow to provide "supply predictability and trusted, healthy $XRP markets."[93] Ripple exercises near complete control over the XRP Ledger itself.  As noted by BitMEX Research, "Ripple is essentially in complete control of moving the ledger forward, so one could say the system is centralized [sic]."[94]  Ripple touts its control over the XRP Ledger as an advantage for XRP, contending that governance "may be where XRP most significantly distinguishes itself [from Bitcoin, Ethereum, and Litecoin] going forward."[95]  Similarly, it has stated that "[b]uilding pivotal infrastructure on top of technology that does not have clear governance is not palatable for large established companies."[96]

68.     Defendants themselves have recognized that XRP investors have a reasonable expectation of profits derived from defendants' efforts to improve the XRP ecosystem, and have publicly touted XRP's price performance on numerous occasions, as detailed herein.  Ripple's website even contains an "XRP Buying Guide" that provides links to exchanges and instructions on "How to Buy XRP" on those exchanges.[97]  Furthermore, Ripple has taken steps to promote XRP in an attempt to increase the token's price or to justify its price appreciation, and the Company has issued a white paper touting XRP's purported "ROI."  Garlinghouse and other Ripple employees have publicly stated that they are bullish investors on XRP.

---

[91]   *Id.*

[92]   Market Performance, https://ripple.com/xrp/market-performance/ (last visited May 23, 2018).

[93]   Q4 2017 XRP Markets Reports, https://twitter.com/bgarlinghouse/status/938933791145336832?lang=en.

[94]   *The Ripple Story*, BitMEX Research (Feb. 6, 2018), https://blog.bitmex.com/the-ripple-story/.

[95]   Q4 2017 XRP Markets Report, https://ripple.com/insights/q4-2017-xrp-markets-report/.

[96]   *Id.*

[97]   XRP Buying Guide, https://ripple.com/xrp/buy-xrp/.

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

69.     Similarly, Ripple and its CEO have acknowledged that the value of XRP will be driven by the XRP Ledger's usefulness in solving cross-border payments and its adoption by institutions. Defendants have similarly touted adoption of Ripple's Enterprise Solutions, which are directly correlated with the use case and likely value of XRP.  Indeed, in a lawsuit between Ripple against R3 LRC LLC, a company "focused exclusively on developing a next generation financial transaction network ... based on distributed ledger technology," Ripple confirmed the correlation between the adoption of the Ripple network and the market value of XRP, alleging that the Ripple/R3 relationship would benefit Ripple through access to R3's "many banking contacts, and in turn, R3 could reap the financial benefits of Ripple's success – through both the Option Contract [R3 received the option to purchase 5 billion XRP] and other compensation outlined in the agreements."[98]

70.     In addition, defendants have pooled XRP investments to fund projects to promote the XRP Ledger and interledger protocol, thereby increasing the value of the XRP Ledger and XRP.  For example, on April 11, 2018, Ripple announced that it had "invested $25 million in XRP to Blockchain Capital Parallel IV, LP," to "support and develop additional [XRP] use cases beyond payments."[99] Ripple's Senior Vice President of Business Development promoted this investment, tweeting: "Ripple's $25 million investment in @blockchaincap's new fund is the first and not the last contribution to ventures that further develop the #blockchain and $XRP ecosystems."[100]

71.     Plaintiffs and the Class have entirely passive roles vis-à-vis the success of the XRP Ledger and XRP.  In fact, while Ripple promotes its payment network to banks and other financial institutions to "process their customers' payments anywhere in the world instantly, reliably and cost-effectively," the technology is unrelated to an investment in XRP.  Rather, as defendants' own marketing makes clear, the profits reasonably expected to be derived from investing in XRP are solely

---

[98]  *R3 Holdco LLC v. Ripple Labs, et al.*, C.A. No. 2017-0652-JRS, Defendants' Opening Brief in Support of Motion to Dismiss, or in the Alternative, to Stay (Del. Ch. filed Sept. 25, 2017).

[99]  *Ripple Invests $25 Million to Drive Innovation in Blockchain and Digital Assets*, https://ripple.com/insights/ripple-invests-25-million-to-drive-innovation-in-blockchain-and-digital-assets/.

[100]  @patgriffin9, https://twitter.com/Ripple/status/984061347078987776.

1  dependent on the technical, entrepreneurial, and managerial efforts of defendants and their agents and

2  employees.  Plaintiffs and the Class reasonably expected defendants to provide significant managerial

3  efforts, to develop and improve the XRP Ledger, to develop and sustain a supportive network, and to

4  secure exchanges through which XRP can be exchanged.  Defendants repeatedly represented that they

5  would provide significant managerial efforts to achieve these objectives and make the XRP ecosystem a

6  success.  The purchase of XRP is thus an investment in a common enterprise, with an expectation of

7  profits, solely from the efforts of defendants and their affiliates.

8  **Recent SEC Guidance Undermines Ripple's Denials**

9    72. Ripple has long claimed that XRP is not a security.  As recently as April 12, 2018,

10  Ripple's Chief Marketing Strategist told *CNBC* in an interview: "We absolutely are not a security.  We

11  don't meet the standards for what a security is based on the history of court law."[101]  Instead, Ripple

12  claims that XRP is a commodity, such as gold.  Purchasers of XRP did not have any reason to challenge

13  these contentions from the Company, given the unclear state of regulation and quickly evolving and

14  unchartered landscape of blockchain technologies.  This state of affairs has only recently changed, as

15  regulators have begun to provide clarifying guidance that undermines defendants' denials, and the

16  centralized nature of XRP in Ripple has become more apparent.

17    73. In July 2017, U.S. Securities and Exchange Commission ("SEC") began to question the

18  legality of unregistered token sales, such as the sales of XRP, and made clear that sellers of unregistered

19  securities cannot evade their obligations under the federal securities laws by elevating form over

20  substance.  On July 23, 2017, the SEC issued an "Investor Alert," which stated that the agency was

21  "concerned that the rising use of virtual currencies in the global marketplace may entice fraudsters to

22  lure investors into Ponzi and other schemes in which these currencies are used to facilitate fraudulent,

23  or simply fabricated, investments or transactions."[102]  The release warned that "the fraud may also

24

---

25  [101]  Kate Rooney, *Ripple says its cryptocurrency XRP is not a security*, CNBC (Apr. 12, 2018),
26  https://www.cnbc.com/2018/04/12/ripple-says-its-cryptocurrency-xrp-is-not-a-security.html.

27  [102]  *Investor Alert: Ponzi Schemes Using Virtual Currencies*, https://www.sec.gov/investor/alerts/ia_virtualcurrencies.pdf.

28

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

involve an unregistered offering or trading platform" and promises of "high returns for getting in on the ground floor of a growing Internet phenomenon."[103]

74.     On July 25, 2017, the SEC released an "Investor Bulletin" on ICOs.  The bulletin stated that digital blockchain currencies "may be securities" under the facts and circumstances, and that such "virtual coins or tokens in an ICO *are subject to the federal securities laws*."[104]  The release continued in pertinent part:

> A virtual currency is a digital representation of value that can be digitally traded and functions as a medium of exchange, unit of account, or store of value.  Virtual tokens or coins may represent other rights as well.  Accordingly, in certain cases*, the tokens or coins will be securities and may not be lawfully sold without registration with the SEC or pursuant to an exemption from registration*.

75.     That same day, the SEC issued an investigative report concluding that the tokens issued by a blockchain and distributed ledger organization known as "The Dao" were, in fact, securities.  The press release announcing the report stated that, "issuers of distributed ledger or blockchain technology-based securities *must register offers and sales of such securities unless a valid exemption applies*" and that those organizing unregistered offerings "may be liable for violations of the federal securities laws."[105]  In the case of The Dao, the SEC found that even though the organization labeled its tokens as something other than securities, the virtual currency was subject to the registration requirements of the federal securities laws as, in economic substance, it was a security.

76.     On December 11, 2017, SEC Chairman Jay Clayton ("Clayton") issued another statement on digital tokens.  He confirmed that "[m]erely calling a token a 'utility' token or structuring it to provide some utility does not prevent the token from being a security," and warned security offerors

---

[103] *Id.*

[104] *See Investor Bulletin: Initial Coin Offerings*, https://www.sec.gov/oiea/investor-alerts-and-bulletins/ib_coinofferings.

[105] *See SEC Issues Investigative Report Concluding DAO Tokens a Digital Asset, Were Securities*, https://www.sec.gov/news/press-release/2017-131.

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

1    that attempts to "elevate form over substance" could not obviate their obligations under the federal

2    securities laws.[106]   Clayton continued in pertinent part:

3       *[C]ertain market professionals have attempted to highlight utility characteristics of
        their proposed initial coin offerings in an effort to claim that their proposed tokens*
4       *or coins are not securities.  Many of these assertions appear to elevate form over*
        *substance.  Merely calling a token a "utility" token or structuring it to provide*
5       *some utility does not prevent the token from being a security.*  Tokens and offerings
6       that incorporate features and marketing efforts that emphasize the potential for
        profits based on the entrepreneurial or managerial efforts of others continue to
7       contain the hallmarks of a security under U.S. law.  On this and other points where
        the application of expertise and judgment is expected, I believe that gatekeepers and
8       others, including securities lawyers, accountants and consultants, need to focus on
        their responsibilities.  I urge you to be guided by the principal motivation for our
9       registration, offering process and disclosure requirements: investor protection and, in
        particular, the protection of our Main Street investors.
10

11                                          *   *   *

12      [M]any token offerings appear to have gone beyond this construct and are more
        analogous to interests in a yet-to-be-built publishing house with the authors, books
13      and distribution networks all to come.  *It is especially troubling when the promoters*
14      *of these offerings emphasize the secondary market trading potential of these*
        *tokens.  Prospective purchasers are being sold on the potential for tokens to*
15      *increase in value – with the ability to lock in those increases by reselling the tokens*
        *on a secondary market – or to otherwise profit from the tokens based on the efforts*
16      *of others.  These are key hallmarks of a security and a securities offering.*

17      *By and large, the structures of initial coin offerings that I have seen promoted*
        *involve the offer and sale of securities and directly implicate the securities*
18      *registration requirements and other investor protection provisions of our federal*
        *securities laws.*  Generally speaking, these laws provide that investors deserve to
19      know what they are investing in and the relevant risks involved.

20          77.    Clayton could have been referring directly to Ripple and defendants' attempts to tout the

21   profit-making  potential  of  investing  in  XRP  tokens  on  the  one  hand,  while  disclaiming  any

22   responsibilities to comply with applicable securities laws on the other.  The SEC has since launched

23   dozens of investigations into cryptocurrency startups.

24          78.    For the integrity of the U.S. securities markets, defendants' attempts to circumvent

25   important investor safeguards must fail.  Although cryptocurrencies represent something of a new

26   investing frontier, the old adage rings true: "If it looks like a duck, swims like a duck, and quacks like a

27   ───────────────
     [106]  *See* Jay Clayton, *Statement on Cryptocurrencies and Initial Coin Offerings*, SEC (Dec. 11, 2017).

28

duck, then it probably is a duck." Here, XRP has all of the hallmarks of a security, and defendants' substance denial does nothing to diminish their obligations to register these securities under applicable securities laws.

79.     In light of recent SEC statements, and the heavy centralization of XRP in Ripple, there can now be little doubt that XRP tokens constitute securities. Despite this fact, defendants have failed to register the securities in accordance with applicable laws and regulations, before offering and selling them to the investing public. Further, the sale of XRP was not subject to any exemption or exceptions to the registration requirements available under state or federal law. As a result, the offer and sale of XRP was unlawful, and defendants are liable to plaintiffs and the Class as purchasers of XRP as alleged herein.

## CLASS ACTION ALLEGATIONS

80.     Plaintiffs bring this action as a class action pursuant to §382 of the California Code of Civil Procedure on behalf of a class consisting of all citizens of California who purchased XRP (the "Class"). Excluded from the Class are defendants and their families, the officers, directors and affiliates of the defendants, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which defendants have or had a controlling interest.

81.     The members of the Class are so numerous that joinder of all members is impracticable. Hundreds of millions of XRP have been sold by defendants. While the exact number of Class members are unknown to plaintiffs at this time and can only be ascertained through appropriate discovery, plaintiffs believe that there are thousands of members in the proposed Class.

82.     Plaintiffs' claims are typical of the claims of the members of the Class, as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

83.     Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel, who is competent and experienced in class and securities litigation.

- 29 -

84.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

        (a)     whether defendants violated the Corporations Code;

        (b)     whether XRP are securities;

        (c)     whether XRP were required to be registered under applicable laws;

        (d)     whether plaintiffs and the Class are entitled to rescind their purchases of XRP; and

        (e)     to what extent the members of the Class have sustained damages and the proper measure of damages.

85.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## FIRST CAUSE OF ACTION

### For Violation of §§25110 and 25503 of the Corporations Code
### Against All Defendants

86.     Plaintiffs repeat and reallege the preceding allegations as if fully set forth herein.

87.     This Cause of Action is brought pursuant to §§25110 and 25503 of the Corporations Code against all defendants.

88.     As detailed herein, XRP is a security.

89.     Defendants failed to qualify XRP with the Commissioner of Corporations and XRP did not qualify for an exemption from registration.

90.     Defendants sold XRP to plaintiffs and the Class, in violation of §25110, which makes it "unlawful for any person to offer or sell in this state any security in an issuer transaction ... unless such sale has been qualified ... or unless such security or transaction is exempted or not subject to qualification."

91.     As such, Garlinghouse and Ripple have participated in the unlawful sale of securities in violation of the Corporations Code, and are liable to plaintiffs and the Class for rescission and/or compensatory damages under §25503.

## SECOND CAUSE OF ACTION

**For Violation of §25504 of the Corporations Code**
**Against Ripple and Garlinghouse**

92.     Plaintiffs repeat and reallege the preceding allegations as if fully set forth herein.

93.     This Cause of Action is brought pursuant to §25504 of the Corporations Code against Ripple and Garlinghouse.

94.     Due to his position within the Company and role, vis-à-vis, the XRP Ledger, ownership interest in and control over Ripple, Garlinghouse acted as a controlling person of Ripple and XRP II within the meaning of §25504 of the Corporations Code as alleged herein. By virtue of his position as CEO and his participation in and/or awareness of Ripple's operations, Garlinghouse had the power to influence and control, and did influence and control, directly or indirectly, the decision-making, relating to the sale of XRP and the failure to register these sales.

95.     Ripple controlled XRP II, as the parent of XRP II, and the various actors responsible for the advancement of the XRP ecosystem. In addition, Ripple controlled Garlinghouse and all of his employees.

96.     Ripple and Garlinghouse also controlled the flow of XRP, the advancement of the XRP Ledger, and the means by which transactions in XRP and the offer and sale of XRP occurred, including their ability to freeze XRP accounts and control the flow of XRP through various exchanges and the other indications of control alleged herein. By virtue of their own acts, and their positions of control and influence, Ripple and Garlinghouse materially aided in the acts and transactions constituting the violations alleged herein.

97.     By virtue of the foregoing, defendants are liable to plaintiffs and the Class as secondary actors under §25504 of the Corporations Code.

1    98.    As such, Garlinghouse and Ripple have participated in an unregistered sale of securities

2  in violation of the Corporations Code, and are liable to plaintiffs and the Class for rescission and/or

3  compensatory damages.

### PRAYER FOR RELIEF

5    WHEREFORE, plaintiffs pray for relief and judgment, as follows:

6    A.    Determining that this action is a proper class action and certifying plaintiffs as class

7  representatives and plaintiffs' counsel as Lead Counsel;

8    B.    Declaring that XRP is a security and that defendants' unregistered sales of XRP violated

9  applicable law;

10    C.    Awarding compensatory damages in favor of plaintiffs and the other Class members

11  against all defendants, jointly and severally, for all damages sustained as a result of defendants'

12  wrongdoing, in an amount to be proven at trial, including interest thereon;

13    D.    Awarding plaintiffs and the Class their reasonable costs and expenses incurred in this

14  action, including counsel fees and expert fees;

15    E.    Awarding rescission or a rescissionary measure of damages; and

16    F.    Awarding such equitable/injunctive or other relief as the Court may deem just and

17  proper.

### JURY DEMAND

19    Plaintiffs respectfully request a trial by jury on all issues so triable.

20  DATED:  October 15, 2018        ROBBINS ARROYO LLP
                                    BRIAN J. ROBBINS
21                                  STEPHEN J. ODDO
                                    ERIC M. CARRINO

22

23                                  _____
                                          STEPHEN J. ODDO
24

25                                  600 B Street, Suite 1900
                                    San Diego, CA 92101
26                                  Telephone: (619) 525-3990
                                    Facsimile: (619) 525-3991
27                                  E-mail: brobbins@robbinsarroyo.com
                                         soddo@robbinsarroyo.com
28                                       ecarrino@robbinsarroyo.com

- 32 -
CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS GELLER RUDMAN
   & DOWD LLP
BRIAN O. O'MARA
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail: bomara@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
E-mail: shawnw@rgrdlaw.com

Co-Lead Counsel for Plaintiffs

1304785

CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

## DECLARATION OF SERVICE

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 600 B Street, Suite 1900, San Diego, California 92101.

2.    That on October 15, 2018, I served the following document(s):

**CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW**

\_\_\_\_    By transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List from fax number (619) 525-3991 on this date before 5:00 p.m. The facsimile transmission was reported as complete and without error.

__X__    By placing the document(s) listed above in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

\_\_\_\_    By causing the document(s) listed above to be served by a courier service on the following parties:

\_\_\_\_    By depositing in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties on the attached Service List.

\_\_\_\_    Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the documents described herein to the persons at the e-mail addresses on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this October 15, 2018, at San Diego, California.

_____
KATHERINE B. SCHEELE

- 34 -
CONSOLIDATED COMPLAINT FOR VIOLATIONS OF CALIFORNIA LAW

1

<u>**SERVICE LIST**</u>

2

*In re Ripple Labs Inc. Litigation*, **Lead Case No. 18CIV02845**

3

**COUNSEL FOR PLAINTIFFS**

4     Brian J. Robbins                       Shawn A. Williams
        Stephen J. Oddo                      ROBBINS GELLER RUDMAN

5     Eric M. Carrino                            & DOWD LLP
        ROBBINS ARROYO LLP             Post Montgomery Center

6     600 B Street, Suite 1900            One Montgomery Street, Suite 1800
        San Diego, CA 92101               San Francisco, CA 94104

7     Telephone: (619) 525-3990         Telephone: (415) 288-4545
        Facsimile: (619) 525-3991          Facsimile: (415) 288-4534

8     E-mail: brobbins@robbinsarroyo.com   E-mail: shawnw@rgrdlaw.com
                soddo@robbinsarroyo.com

9                ecarrino@robbinsarroyo.com

10    *Co-Lead Counsel for Plaintiffs*        Brian O. O'Mara
                                      ROBBINS GELLER RUDMAN

11                                    & DOWD LLP
                                        655 West Broadway, Suite 1900

12                                San Diego, CA 92101
                                        Telephone: (619) 231-1058

13                                Facsimile: (619) 231-7423
                                        E-mail: bomara@rgrdlaw.com

14                                *Co-Lead Counsel for Plaintiffs*

15   **COUNSEL FOR DEFENDANTS**

16    Peter B. Morrison                      John Neukom
        Virginia F. Milstead                  SKADDEN, ARPS, SLATE, MEAGHER

17    SKADDEN, ARPS, SLATE, MEAGHER    & FLOM LLP
          & FLOM LLP                    525 University Avenue, Suite 1400

18    300 South Grand Avenue, Suite 3400   Palo Alto, CA 94301
        Los Angeles, CA 90071             Telephone: (650) 470-4500

19    Telephone: (213) 687-5000         Facsimile: (650) 470-4570
        Facsimile: (213) 687-5600          Email: john.neukom@skadden.com

20    Email: peter.morrison@skadden.com
               virginia.milstead@skadden.com    Mary Jo White

21                                Andrew J. Ceresney
                                        DEBEVOISE & PLIMPTON LLP

22                                919 Third Avenue
                                        New York, NY 10022

23                                Telephone: (212) 909-6000
                                        Facsimile: (212) 909-6836

24                                Email: mjwhite@debevoise.com
                                            aceresney@debevoise.com

25

26                                *Counsel for defendants Ripple Labs Inc., XRP*
                               *II, LLC, and Bradley Garlinghouse*

27

28

- 35 -

# EXHIBIT B

1  JOHN T. JASNOCH (CA 281605)
   SCOTT+SCOTT
2  ATTORNEYS AT LAW LLP
   600 W. Broadway, Suite 3300
3  San Diego, CA 92101
   Telephone: 619-233-4565
4  Facsimile: 619-233-0508
   Email: jjasnoch@scott-scott.com
5
   – and –
6
   THOMAS L. LAUGHLIN, IV
7  RHIANA SWARTZ
   The Helmsley Building
8  230 Park Avenue, 17th Floor
   New York, NY 10169
9  Telephone: 212-223-6444
   Facsimile: 212-223-6334
10 Email: tlaughlin@scott-scott.com
         rswartz@scott-scott.com
11
   *Counsel for Plaintiff*
12

13

**FILED**
**SAN MATEO COUNTY**

JUL 0 3 2018

Clerk of the Superior Court
By _____
       DEPUTY CLERK

FILE BY FAX

14

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

15

| | |
|---|---|
| AVNER GREENWALD, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>RIPPLE LABS, INC., a Delaware Corporation, XRP II, LLC, a South Carolina Limited Liability Company, BRADLEY GARLINGHOUSE, CHRISTIAN LARSEN, RON WILL, ANTOINETTE O'GORMAN, ERIC VAN MILTENBURG, SUSAN ATHEY, ZOE CRUZ, KEN KURSON, BEN LAWSKY, ANJA MANUEL, and TAKASHI OKITA,<br><br>                                    Defendants. | Case No.  **18 C I V 0 3 4 6 1**<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIES ACT OF 1933**<br><br>JURY TRIAL DEMANDED |

18 – CIV – 03461
CMP
Complaint
1244161

COMPLAINT

1    Plaintiff Avner Greenwald ("Plaintiff"), individually and on behalf of all others similarly

2    situated, by Plaintiff's undersigned attorneys, alleges the following based upon personal knowledge as to

3    Plaintiff's own acts, and upon information and belief as to all other matters based on the investigation

4    conducted by and through Plaintiff's attorneys, which included, among other things, a review of

5    Securities and Exchange Commission ("SEC") filings and commentary, publicly available reports and

6    information, analyst and media reports, and other commentary analysis. Plaintiff's investigation into the

7    matters alleged herein is continuing and many relevant facts are known only to, or are exclusively within

8    the custody and control of, the Defendants. Plaintiff believes that substantial additional evidentiary

9    support will exist for the allegations set forth herein after a reasonable opportunity for formal discovery.

10    **NATURE AND SUMMARY OF ACTION**

11    1.    Plaintiff brings this securities class action under §§5, 12(a)(1), and 15 of the Securities

12    Act of 1933 (the "Securities Act") against (1) Ripple Labs, Inc. ("Ripple Labs" or the "Company");

13    (2) Ripple Labs' wholly owned subsidiary, XRP II, LLP ("XRP II"); and (3) certain of Ripple Labs'

14    controlling senior executives and directors (collectively, the "Individual Defendants"). Plaintiff alleges

15    that Defendants sold unregistered securities to investors in violation of the Securities Act. Defendants

16    are liable in their capacities as issuers, statutory sellers, and/or direct or indirect offerors of XRP.

17    2.    Plaintiff brings this action on behalf of all investors who purchased Ripple tokens

18    ("XRP" or "Ripples") on or after July 3, 2015 and were damaged thereby.

19    3.    XRP qualify as securities under Section 2(a)(1) of the Securities Act, 15 U.S.C.

20    §77b(a)(1).   The purchase of XRP constitutes an investment contract as XRP purchasers, including

21    Plaintiff, provided consideration (in the form of fiat, *i.e.*, U.S. dollars or other cryptocurrencies) in

22    exchange for XRP. XRP is in investment in a common enterprise and purchasers reasonably expected to

23    derive profits from their ownership of XRP. Defendants promoted this profit motive as a reason to

24    purchase XRP.

25    4.    No registration statements have been filed with the SEC or have been in effect with

26    respect to the XRP offerings alleged herein.

27

28

1

5.     All 100 billion XRP in existence were created out of thin air by Ripple Labs.[1]  Twenty billion XRP, or 20% of all XRP in existence, were given to the individual founders of Ripple Labs, including Defendant Chris Larsen, and the remaining 80 billion were retained by Ripple Labs.

6.     Defendants have since earned massive profits by selling the retained XRP to the public, without complying with federal securities laws, in what is essentially an ongoing initial coin offering ("ICO").  Like an initial public offering ("IPO"), in an ICO, digital assets are sold to consumers in exchange for legal tender or other cryptocurrencies (most often Bitcoin and Ethereum).

7.     Defendants sell XRP from the retained supply and use the proceeds from the sales to fund Company operations.

8.     In order to increase demand for XRP, and thereby increase the profits derived by selling XRP, Defendants portray XRP as a good investment, solicit sales, express optimistic price predictions, and conflate Ripple Labs' enterprise customer programs with usage and value of XRP.  Ripple Labs greatly increased these efforts to push XRP on the general public in recent years.

9.     These solicitation efforts were conducted by interstate means, as were the sales of XRP.

**JURISDICTION AND VENUE**

10.     The Court has subject matter jurisdiction over this action pursuant to the California Constitution, Article VI, §10 and Section 22 of the Securities Act, 15 U.S.C. §77v.  The claims alleged herein arise under §§5, 12(a)(1), and 15 of the Securities Act.  *See* 15 U.S.C. §§77e, 77l, and 77o. Section 22 of the Securities Act, 15 U.S.C. §77v(a), expressly states that "[e]xcept as provided in section 77p(c) of this title, no case arising under this subchapter and brought in any State court of competent jurisdiction shall be removed to any court of the United States."  Section 77p(c) refers to "covered class action[s] brought in any State court involving a covered security, as set forth in subsection (b)," and subsection (b) of §77p in turn includes within its scope only covered class actions "based upon the

---

[1]     This is unlike other cryptocurrencies like Bitcoin and Ethereum that are "mined" by those validating transactions on their networks.

1  statutory or common law of any State or subdivision thereof." *See* 15 U.S.C. §77p.  This is an action
2  asserting only federal law claims.  Thus, this action is not removable to federal court.

3       11.    Venue is proper in this jurisdiction pursuant to the provisions of California Code of
4  Civil Procedure §395(a) because certain Defendants reside in San Mateo County.

5       12.    This Court has personal jurisdiction over Defendants as a result of acts of Defendants
6  occurring in and/or aimed at the state of California in connection with Defendants' unregistered
7  offer and sale of securities in violation of §§5, 12(a)(1), and 15 of the Securities Act.

8       13.    This Court also has personal jurisdiction over Defendants because they reside in or
9  have their principal places of business in California.

10  **PARTIES**

11       14.    Lead Plaintiff Avner Greenwald is an individual and a resident of Israel.  Plaintiff
12  bought and sold XRP in both USD and Bitcoin between December 14, 2017 and May 12, 2018, and
13  suffered losses on those investments as a result of the scheme alleged herein.

14       15.    Defendant Ripple Labs, Inc. is a Delaware corporation with its principal place of
15  business at 300 Montgomery Street, 12th Floor, San Francisco, California.  Ripple Labs operates
16  RippleNet, a global payments network based on blockchain technology.  Through RippleNet, banks
17  and payment providers can use XRP to process, clear, and settle financial transactions in real-time
18  worldwide.  Ripple Labs created XRP and, at all relevant times, solicited purchases of XRP by
19  Plaintiff and the Class for its own benefit and the benefit of its executives and owners.

20       16.    Defendant XRP II, LLC is wholly owned subsidiary of Ripple Labs.  XRP II is a
21  South Carolina limited liability company with its principal place of business in San Francisco,
22  California.  XRP II sold XRP and solicited the purchases of XRP by Plaintiff and the Class for its
23  own benefit and the benefit of its parent, Ripple Labs, and its executives and owners.

24       17.    Defendant Bradley Garlinghouse ("Garlinghouse") is the Chief Executive Officer
25  ("CEO") of Ripple Labs and has been since January 2017.  Garlinghouse was Ripple Labs'
26  President and Chief Operating Officer from April 2015 through December 2016.  Garlinghouse is a
27  California citizen and a resident of San Mateo County.  Garlinghouse exercised control over Ripple
28

3

1   Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the
2   public.

3          18.     Defendant Christian (Chris) Larsen ("Larsen") is Executive Chairman of Ripple
4   Labs' Board of Directors and has been since January 2017.  Larsen is also a co-founder of Ripple
5   Labs and a former CEO of Ripple Labs (through December 2016).  Larsen exercised control over
6   Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of
7   XRP to the public.

8          19.     Defendant Ron Will ("Will") is Chief Financial Officer of Ripple Labs and has been
9   since November 2017.  Will exercised control over Ripple Labs and directed and/or authorized,
10  directly or indirectly, the sale and/or solicitation of XRP to the public.

11         20.     Defendant Antoinette O'Gorman ("O'Gorman") is Chief Compliance Officer of
12  Ripple Labs.   O'Gorman exercised control over Ripple Labs and directed and/or authorized,
13  directly or indirectly, the sale and/or solicitation of XRP to the public.

14         21.     Defendant Eric van Miltenburg ("van Miltenburg") is Senior Vice President for
15  Business Operations of Ripple Labs.  Van Miltenburg exercised control over Ripple Labs and
16  directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

17         22.     Defendant Susan Athey ("Athey") is a Director of Ripple Labs.  As a Director, Athey
18  exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale
19  and/or solicitation of XRP to the public.

20         23.     Defendant Zoe Cruz ("Cruz") is a Director of Ripple Labs.  As a Director, Cruz
21  exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale
22  and/or solicitation of XRP to the public.

23         24.     Defendant Ken Kurson ("Kurson") is a Director of Ripple Labs.  As a Director,
24  Kurson exercised control over Ripple Labs and directed and/or authorized, directly or indirectly,
25  the sale and/or solicitation of XRP to the public.

26
27
28

25. Defendant Ben Lawsky ("Lawsky") is a Director of Ripple Labs. As a Director, Lawsky exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

26. Defendant Anja Manuel ("Manuel") is a Director of Ripple Labs. As a Director, Manuel exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

27. Defendant Takashi Okita ("Okita") is a Director of Ripple Labs. As a Director, Okita exercised control over Ripple Labs and directed and/or authorized, directly or indirectly, the sale and/or solicitation of XRP to the public.

28. The defendants referred to in ¶¶17-27 are referred to as the "Individual Defendants."

## SUBSTANTIVE ALLEGATIONS

**A.     The Background of XRP**

29. Unlike cryptocurrencies such as Bitcoin and Ethereum, which are mined by those validating transactions on their networks, all 100 billion XRP in existence were created out of thin air by Ripple Labs in 2013. Twenty billion XRP, or 20% of the total XRP supply, were given to the individual founders of Ripple Labs,[2] with the remaining 80 billion retained by Ripple Labs.

30. As for 80 billion XRP held by Ripple Labs, the plan was to sell them and use the proceeds to fund and improve Company operations, including the XRP ledger network.

31. Ripple Labs' own wiki notes that "Ripple Labs sells XRP to fund its operations and promote the network. This allows Ripple Labs to have a spectacularly skilled team to develop and promote the Ripple protocol and network."[3]

32. In the first quarter of 2018, "market participants purchased $16.6 million [of XRP] directly from XRP II, LLC," XRP II also "sold $151.1 million worth of XRP" on exchange.[4]

---

[2]     Defendant Chris Larsen received 9.5 billion XRP.

[3]     Ripple credits, https://wiki.ripple.com/Ripple_credits#XRP funds the development and promotion of the protocol and the network (last visited June 29, 2018).

33.    Ripple Labs' primary business involves the operation of an open ledger protocol, payment, and exchange network.  The native cryptocurrency for Ripple Labs' exchange network is XRP.  Thus, XRP is both an investment in the Company (as sales are used to fund Company operations with the expectation that such investments in the Company will increase the value of XRP) and an investment in itself (with the expectation that the value of XRP will increase), as well as a means of exchange promoted by Ripple Labs.

34.    Ripple Labs' exchange network is based around the XRP Ledger.  The XRP Ledger consists of many servers, called nodes, which accept and process transactions.  Client applications sign and send transactions to nodes, which then relay these candidate transactions throughout the network for processing.  Transactions are then verified and become part of the XRP Ledger through a consensus process.  Every XRP transaction must be made through Ripple Labs' XRP Ledger, which is maintained by Defendants.  In order to open an account on the XRP Ledger, users must maintain a minimum account balance of 20 XRP.  In addition, each time a transaction is made in XRP, there is a transaction cost to users.

35.    Ripple Labs' founders and other Company insiders have also profited individually from their XRP holdings.  In January 2018, Ripple co-founder Defendant Larsen was named one of the richest people in the United States, with an estimated net worth of $59.9 billion, primarily due to the increase in value in XRP and his personal ownership of billions of XRP and his significant stake in the Company.[5]

36.    Defendants have control over how many XRP are in the market.

37.    No registration statement has been filed for XRP with the SEC and no registration statement is in effect for XRP.

---

[4]    Q1 2018 XRP Markets Report, https://ripple.com/insights/q1-2018-xrp-markets-report/ (last visited June 29, 2018).

[5]    https://www.cnbc.com/2018/01/04/ripple-co-founder-is-now-richer-than-the-google-founders-on-paper.html (last visited on June 29, 2018).

**B. Defendants Solicit XRP Sales**

38.     From 2013 to the present, Defendants and their affiliates have been engaged in an ongoing scheme to sell XRP to the general public.

39.     Ripple Labs dedicates an entire section of its website to providing advice on "How to Buy XRP." This section provides links to online exchanges and instructions on "[h]ow to buy XRP" on those exchanges.[6] It also has a section titled "Market Performance" which proclaims that Ripple Labs is "committed to the long term health and stability of XRP markets."[7]

40.     Ripple Labs also consistently promotes the availability of XRP on exchanges. For example, on May 18, 2017, its Senior Vice-President for Business Development, Patrick Griffin, tweeted a link to the Kraken exchange with the caption: "Kraken Introduces New Fiat Pairs for XRP Trading! USD, JPY, CAD, EUR @ Ripple."[8]

41.     Similarly, on or about December 21, 2017, Ripple Labs tweeted in Japanese that XRP was now available on over 50 exchanges.[9] That tweet linked to an article on Ripple Labs' website which described XRP as "the fastest and most scalable [digital] asset on the market."[10] It continued, "[t]he market is taking notice of XRP's speed, reliability and scalability – which has strengthened the demand for XRP and where it's listed. In fact, we're proud to announce that XRP has gone from being listed on six exchanges earlier this year to more than 50 worldwide." The article also links to a number of online exchanges where XRP can be purchased, and states that "XRP's long-term value is determined by its utility – including its ability to help financial institutions source liquidity for payments into and out of emerging markets."

---

[6]     XRP Buying Guide, https://ripple.com/xm/buy-xrp/ (last visited on June 29, 2018).

[7]     Market Performance, https://ripple.com/xrp/market-performance/ (last visited on June 29, 2018)

[8]     @patgriffin9, https://twitter.com/patgriffin9/status/865251321867231233 (last visited on June 29, 2018).

[9]     @Ripple, https://twitter.com/Ripple/status/943999526783905792 (last visited on June 29, 2018).

[10]    XRP Now Available on 50 Exchanges Worldwide, https://ripple.com/insights/xrp-now-available-on-50-exchanges-worldwide/ (last visited on June 29, 2018).

42.   Ripple Labs also hosts conferences to generate interest in XRP.   For example, between October 16 and October 18, 2017, it hosted a conference named "Swell" in Toronto. Ripple Labs acknowledged that "[a]nticipation around the event spurred a meaningful spike in XRP, pushing it up 100 percent[.]"[11]

43.   On the same day, CoinDesk, a subsidiary of Digital Currency Group, which has an ownership interest in Ripple Labs, published an article titled "Ripple Price Passes Historic $1 Milestone."[12]   This was just one of many instances in which Ripple Labs would promote price movements of XRP.

44.   Ripple Labs' promotion of XRP's price reached new highs in December 2017.   In one instance, Ripple's XRP product manager retweeted a tweet exclaiming: "Wow, XRP at all-time high!  Forget about bitcoin, *we're all in on XRP*!"  (Emphasis added.)[13]

45.   Around that same time, on or about December 7, 2017, Ripple Labs announced that it had placed "55 billion XRP in a cryptographically-secured escrow account to create certainty of XRP supply at any given time."[14]  It had been previously announced in May 2017 that this would happen along with a limited distribution schedule.   This was done to limit the available supply of XRP and drive price appreciation, which allowed Defendants to maximize profits from XRP sales. The December 7, 2017 announcement stated:

> By securing the lion's share of XRP in escrow, people can now mathematically verify the maximum supply that can enter the market.  While Ripple has proved to be a responsible steward of XRP supply for almost five years – and has clearly demonstrated a tremendous track record of investing in and supporting the XRP

---

[11]    14Q3 2017 XRP Markets Report, https://ripple.com/xrp/q3-2017-xrp-markets-report/ (last visited on June 29, 2018).

[12]    Ripple Price Passes Historic $1 Milestone, https://www.coindesk.com/ripple-price-passes-historic-1-milestone/ (last visited on June 29, 2018).

[13]    @warpaul, https://twitter.com/yoshitaka_kitao/status/940785785925709829 (last visited on June 29, 2018).

[14]    https://ripple.com/insights/ripple-escrows-55-billion-xrp-for-supply-predictability (last visited on June 29, 2018).

ecosystem – this lockup eliminates any concern that Ripple could flood the market, which we've pointed out before is a scenario that would be bad for Ripple![15]

46.      The article contained a button to allow readers to share it on Twitter with the caption "Game changer for $XRP! 55 billion XRP now in escrow."[16]  Ripple also promoted this article through its own tweet, which proclaimed:  "55B $XRP is now in escrow.  Interested in what this means for $XRP markets?"[17]  Garlinghouse was even more enthusiastic, tweeting:  "Boom! 55 B $XRP now in escrow.  Good for supply predictability and trusted, healthy $XRP markets.  Glad to finally let this #cryptokitty out of the bag!"[18]

47.      Ripple's public commitment to limit the supply of XRP had its intended effect.  In the weeks that followed, the price of XRP rapidly increased, from approximately $0.22 per token on December 7, 2017 to $3.38 per token on January 7, 2018.[19]

48.      Ripple Labs' CEO, Brad Garlinghouse, has also been a vocal advocate for investing in XRP. In a December 14, 2017 interview with Canada's Business News Network ("BNN"), when asked if he is personally invested in XRP, the CEO stated "I'm long XRO, I'm very, very long XRP as a percentage of my personal balance sheet." He continued, stating that he is "not long some of the other [digital] assets, because it is not clear to me what's the real utility, what problem are they really solving."  And ended by reiterating "if you're solving a real problem, if it's a scaled problem, then I think you have a huge opportunity to continue to grow that.  We have been really fortunate obviously, *I remain very, very, very long XRP*, there is an expression in the industry HODL, instead of hold, its HODL . . . I'm on the HODL side" (emphasis added).

---

[15]    *Id.*

[16]    *Id.*

[17]    https://twitter.com/Ripple/status/938933967956389889.

[18]    https://twitter.com/bgarlinghouse/status/938933791145336832?lang=en.

[19]    XRP would subsequently lose nearly all its value in just over three months, falling to a low of approximately $0.48 per token on April 6, 2018.

49.     Later that same day, Garlinghouse tweeted: "Bloomberg welcomes $XRP to @theterminal and gets it right – #2 market cap behind $BTC at ~$80BB!"[20]

50.     About a week later, on or about December 22, 2017, Garlinghouse tweeted an article titled "Bitcoin Is So 2017 as Ripple Soars at Year End," with the caption "I'll let the headline speak for itself. $xrp."[21]

51.     On or about January 17, 2018, Garlinghouse tweeted a CNBC article titled "Ripple is sitting on close to $80 billion and could cash out hundreds of millions per month-but it isn't," with the caption "A good read on why fostering a healthy $XRP ecosystem is a top priority at @Ripple."

52.     However, the reality was that Ripple Labs was doing exactly that – cashing out. Defendants sold at least $167.7 million worth of XRP between January 1, 2018 and March 31, 2018.

53.     Given its reliance on sales of XRP to fund its operations, it is unsurprising that Ripple Labs' aggressively markets XRP to drive demand, increase the price of XRP, and consequently, its own profits.

54.     Defendants' advertising and social media postings also conflate adoption and use of Ripple Labs' xCurrent and xVia enterprise solutions with adoption and use of XRP, even though they often have little to no correlation and do not involve the XRP Ledger.  Defendants do this to drive demand for XRP and thereby maximize profits from XRP sales.

55.     According to its site, "xCurrent is Ripple's enterprise software solution that enables banks to instantly settle cross-border payments with end-to-end tracking.  Using xCurrent, banks message each other in real-time to confirm payment details prior to initiating the transaction and to confirm delivery once it settles."[22]

---

[20]     @bgarlinghouse, https://twitter.com/bgarlinghouse/status/941375649549246464 (last visited on June 29, 2018).

[21]     @bgarlinghouse, https://twitter.com/bgarlinghouse/status/944325730338357248 (last visited on June 29, 2018).

[22]     Process Payments, xCurrent, https://ripple.com/solutions/process-payments/ (last visited on June 29, 2018).

56. xCurrent doesn't operate on the same technology as XRP or even require the use of XRP. In short, there is no reason to believe that adoption of xCurrent would correlate in any way with adoption of XRP.

57. Nor does use of Ripple Labs' xVia product require adoption of XRP. Ripple Labs states that its xVia product is "for corporates, payment providers and banks who want to send payments across various networks using a standard interface."[23]

58. Ripple Labs nevertheless conflates the adoption of xCurrent and xVia with the adoption of XRP.

59. Another of Ripple Labs' enterprise solutions, xRapid, which does use XRP, is also used to drive XRP sales (xRapid, along with xCurrent and xVia, are together referred to herein as "Ripple Labs' Enterprise Solutions").

60. Indeed, Ripple Labs regularly promotes its improvements to the XRP ecosystem, which are intended to increase demand for XRP and thus potential returns for XRP investors. For example, in describing the reasons behind the dramatic price appreciation of XRP during the fourth quarter of 2017, Ripple specifically cited as of "particular importance," the Company's various business initiatives, including: (i) Ripple's partnership with American Express/Santander; (ii) Ripple's activation of the previously discussed escrow of XRP to limit periodic offers and distributions; and (iii) a Japanese/Korean banking consortium backed by the Company.[24] In the report, Ripple stated that its "consistent and steadfast support of XRP is a major advantage as the payments industry continues to seriously consider it as an alternative liquidity solution."[25]

61. A November 2015 white paper by the Company highlighted "XRP's Role on Ripple and the Internet of Value" and how the Company's technologies could turn a "Spark to a Wildfire"

---

[23] Send Payments, xVia, https://ripple.com/solutions/send-payments/ (last visited on June 29, 2018).

[24] Q4 2017 XRP Markets Report, https://ripple.com/insights/q4-2017-xrp-markets-report/.

[25] *Id.*

by increasing liquidity and efficiencies for cross-border transactions for the Company's banking clients.  A February 2016 white paper followed up on those purported "network effects," claiming that the use of the Ripple network at XRP would increase banks' returns on investment by improving the global payment infrastructure.

62.   In addition, on March 20, 2017, Ripple Labs retweeted a Bloomberg article regarding adoption of Ripple Labs Enterprise Solutions, proclaiming "Ripple is the only company in this space with real customers who are really in production."[26]

63.   The price of XRP increased rapidly following this tweet and on March 24, 2017 Ripple Labs tweeted: "The price of #XRP continues to surge showing that people are looking for #bitcoin alternatives."[27]

64.   On April 26, 2017, Ripple Labs tweeted a link to an article on its own site, proclaiming "#Ripple welcomes 10 additional customers to our #blockchain #paymentsnetwork."[28] Neither this tweet nor the article it linked to informed readers that the blockchain payments network did not refer to the XRP Ledger, but rather Ripple's xCurrent enterprise solution.

65.   Just days later, on May 3, 2017, with the price of XRP continuing to rise, Ripple Labs tweeted: "#Ripple adoption is sparking interest in XRP 'which has had an impressive rally in the last months' via @Nasdaq."[29]

66.   Articles such as "Ripple XRP price picks up pace as demand for xVia API increases" have made the direct connection between the price of XRP and the adoption of the Company's

---

[26]   @Ripple, https://twitter.com/Ripple/status/844009778309357568 (last visited on June 29, 2018).

[27]   @Ripple, https://twitter.com/Ripple/status/845347809830195200 (last visited June 29, 2018).

[28]   @Ripple, https://twitter.com/Ripple/status/857267304618278912 (last visited June 29, 2018).

[29]   @Ripple, https://twitter.com/Ripple/status/859904105916923904 (last visited June 29, 2018).

Enterprise Solutions.[30]  Ripple itself has made this link, for example tweeting on May 16, 2017: "The appeal that Ripple has towards traditional financial institutions is a big advantage it has over Bitcoin."[31]

67.     On June 29, 2017, Ripple Labs tweeted a clip of an interview its CEO Brad Garlinghouse gave on CNBC with the caption: "#XRP-up 4000% this year-has shown the market favors a real use case for #digitalassets . . . ."[32]  In that interview, Garlinghouse proclaims that "digital assets are in a position to be more valuable than gold," and describes XRP as "solving a real-world use case, it's not just about speculators."

68.     On September 11, 2017, Garlinghouse stated in an interview with CNBC: "People are looking at the success Ripple has been having as a company, *and I think that's increased the value of XRP.*"[33]  (emphasis added).  He continued by stating that Ripple wants "to keep focusing on making XRP a valuable payments tool, and that value will increase accordingly," and he was "voting with my . . . pocketbook on the future increased value of cryptocurrencies."[34]

69.     On November 27, 2017, Garlinghouse tweeted "Ripple & $XRP are giving business 'what they want in a #blockchain,'" along with a link to a Motley Fool tweet.[35]  That Motley Fool tweet in turn stated that "AmEx and Banco Santander will use Ripple's blockchain network for instant intl. fund transfers.  *Could be a big deal for Ripple's XRP cryptocurrency.*  $ASP $SAN" (emphasis added.)[36]

---

[30]     https://globalcoinreport.com/ripple-xrp-price-picks-up-pace-as-demand-for-xvia-api-increases/.

[31]     @Ripple, https://twitter.com/Ripple/status/864635614020251649.

[32]     @Ripple, https://twitter.com/Ripple/status/880532198025121793 (last visited June 29, 2018).

[33]     htpps://www.cnbc.com/2017/09/11/ripple-ceo-brad-garlinghouse-on-bitcoin-and-xrp.html    (last visited June 29, 2018).

[34]     *Id.*

[35]     @bgarlinghouse,  https://twitter.com/bgarlinghouse/status/935225940845711366 (last visited on June 29, 2018).

[36]     @themotleyfool,  https://twitter.com/themotleyfool/status/934850515640471553 (last visited on June 29, 2018).

70.    Similarly, on December 14, 2017, Ripple Labs tweeted: "The Japan Bank Consortium launched a Ripple pilot with two large Korean Banks -- the first time money moves from Japan to Korea over RippleNet."[37]    On that same day, Ripple Labs tweeted "@garlinghouse [its CEO's twitter handle] on why crypto prices will be driven by real utility, the multi-trillion $ problem @Ripple is solving and why $XRP will come out on top."[38]

71.    Ripple Labs would later acknowledge that "neither the AMEX news nor the Korean bank initiative involved XRP."

72.    Nevertheless, this tweet linked to a BNN interview with Mr. Garlinghouse, in which he says:

> The reason why XRP has performed so well this year, we're solving a real problem, it's a multi-trillion dollar problem around cross-border payments.  There is a lot of friction its very slow its expensive, we're working with the institutions to deal with that, so people have gotten excited.  We now have over 100 customers we've announced publicly.

He continues,

> [A]t the end of the day the value of digital assets will be driven by their utility.  If they are solving a real problem, and that problem has scale, and that problem, you know there is real value there, then there will be demand for the tokens and the price will go up.  For XRP we have seen because *its required*, its something that can really reduce the friction, and we're talking about a multi-trillion dollar problem in how cross-border payments flow.  And so, I think if you drive real utility, yes there's going to be demand for that.  *XRP is up 100x this year*, and I think it's *because the problem we are solving people realize is a real problem, it's a big problem*.

(Emphasis added.)

73.    On January 4, 2018, following XRP's rapid price increase, The *New York Times* published an article by Nathaniel Popper titled: "Rise of Bitcoin Competitor Ripple Creates Wealth to Rival Zuckerberg."[39]    Mr. Popper tweeted a link to this article with the caption: "On the rise of

---

[37]    @Ripple, https://twitter.com/Ripple/status/941501026267316224 (last visited on June 29, 2018).

[38]    @Ripple, https://twitter.com/Ripple/status/941352005058011137 (last visited on June 29, 2018).

[39]    @nathanielpopper, "Rise of Bitcoin Competitor Ripple Creates Wealth to Rival Zuckerberg," NY TIMES (Jan. 4, 2018).

Ripple.  If this is a tulip fever, the fever has spread to chrysanthemums and poppies"[40].  He further commented, "I've asked several people close to banks if banks are indeed planning to begin using Ripple's token XRP, in a serious way, which is what investors seem to assume when they buy in at the current XRP prices.  This is a sampling what I heard back:

- Actual use of XRP by banks is not something I've heard about, I find the run up absolutely bluffing, as do all the blockchain folks I know at large Fis.
- XRP isn't used for anything.  The hope is that someday it will be by banks, but there really aren't banks signaling that yet.
- I would be surprised if there have been any real bank transactions done with it (outside of maybe test transactions), despite people making claims to the contrary.
- It's not clear to me why XRP would be used by banks at all. XRP could potentially be adopted by consumers as a payment rail, although they don't yet have meaningful traction in that regard.
- I haven't seen a sufficiently large catalyst in the fundamentals of Ripple to justify a greater than 10x move in the price of $XRP in the last month.
- In a few years we're going to look back on 2017 and think WTF were we thinking."[41]

74.    Defendant Garlinghouse publicly responded to this, tweeting: "Over the last few months I've spoken with ACTUAL banks and payment providers.  They are indeed planning to use xRapid (our XRP liquidity product) in a serious way . . . ."  He follows up stating, "I don't think you want to hear about validation for XRP.  The @NYTimes should be above spreading anonymous FUD."[42]  FUD, which stands for fear, uncertainty, and doubt, is an expression frequently used among crypto-investors to deride or undermine criticism of an asset.

75.    On January 4, 2018, Ripple's XRP product manager also attacked Mr. Popper, tweeting: "Do you think I left #Bitcoin and joined @Ripple to build bank software?  Think again.

---

[40]  @nathanielpopper,  https://twitter.com/bgarlinghouse/status/949129952716234752  (last visited on June 29, 2018).

[41]  @nathanielpopper,  https://twitter.com/bgarlinghouse/status/949129952716234752  (last visited on June 29, 2018).

[42]  @nathanielpopper,  https://twitter.com/bgarlinghouse/status/949129952716234752  (last visited on June 29, 2018).

1   $XRP."[43]   This tweet linked to a Ripple Labs tweet stating that "3 of the top 5 global money
2   transfer companies plan to use XRP in payment flows in 2018. Even more in the pipeline."

3       76.   In January 2018, Ripple Labs touted "a partnership with MoneyGram – one of the
4   world's largest money transfer companies – to use xRapid and XRP for near real-time cross-border
5   payments.  In addition, there are a number of other xRapid deals at various stages of completion in
6   the pipeline."  It also stated that it wanted "to build the necessary markets infrastructure for
7   eventual direct usage of XRP by financial institutions." Defendant Garlinghouse commented on
8   this partnership, saying: "And to be clear: @MoneyGram announcement is one step in a marathon
9   ahead to truly make $XRP the global liquidity solution for payment providers and banks."[44]

10       77.   By way of the internet, including Ripple Labs' website, Twitter, and the over 50
11   cryptocurrency exchanges that trade XRP, interstate means are used in connection with the offer
12   and sale of XRP.

13   **C. XRP Is a Security**

14       78.   Plaintiff and the Class invested fiat, including U.S. dollars, and other digital
15   currencies, such as Bitcoin and Ethereum, to purchase XRP.

16       79.   Defendants sold XRP to the general public through global, online cryptocurrency
17   exchanges. XRP can be bought or sold on over 50 exchanges.

18       80.   Every purchase of XRP by a member of the public is an investment contract.

19       81.   Under Section 2(a)(1) of the Securities Act, a "security" is defined to include an
20   "investment contract."  15 U.S.C. § 77b(a)(1).  An investment contract is "an investment of money
21   in a common enterprise with profits to come solely from the efforts of others."  *S.E.C. v. W.J.*
22   *Howey Co.*, 328 U.S. 293, 301 (1946).   Specifically, a transaction qualifies as an investment
23   contract and, thus, a security if it is: (1) an investment; (2) in a common enterprise; (3) with a

25   [43]   @Warren Paul Anderson, https://twitter.com/warpaul (last visited on June 29, 2018).

26   [44]   @bgarlinghouse,  https://twitter.com/bgarlinghouse/status/951461582424358912 (last visited on
27   June 29, 2018).

reasonable expectation of profits; (4) to be derived from the entrepreneurial or managerial efforts of others. *See United Housing Foundation, Inc. v. Forman*, 421 U.S. 837, 852-53 (1975). This definition embodies a "flexible rather than a static principle, one that is capable of adaptation to meet the countless and variable schemes devised by those who seek the use of the money of others on the promise of profits," and thereby "permits the fulfillment of the statutory purpose of compelling full and fair disclosure relative to the issuance of 'the many types of instruments that in our commercial world fall within the ordinary concept of a security.'" *Howey*, 328 U.S. at 299. Accordingly, in analyzing whether something is a security, "form should be disregarded for substance," and the emphasis should be "on economic realities underlying a transaction, and not on the name appended thereto." *Forman*, 421 U.S. at 849.

82.    Plaintiff and the Class were investing in a common enterprise with a reasonable expectation of profits when they invested in XRP.

83.    The profits of Plaintiff and the Class are intertwined with the fortunes of Ripple Labs. Ripple Labs concedes that it "sells XRP to fund its operations and promote the network. This allows Ripple Labs to have a spectacularly skilled team to develop and promote the Ripple protocol and network."[45]

84.    Notably, the SEC has already concluded that virtual currency substantially similar to XRP are "securities and therefore subject to the federal securities laws." As stated by the SEC, "issuers of distributed ledger or blockchain technology-based securities must register offers and sales of such securities unless a valid exemption applies."[46]

85.    No such valid exemption from registration requirements exists for XRP.

86.    The current SEC Chairman, Jay Clayton, III, recently said, "I have yet to see an ICO that doesn't have a sufficient number of hallmarks of a security."[47]

---

[45]    Ripple credits, https://wiki.ripple.com/Ripple credits#XRP (last visited on June 29, 2018).

[46]    Press Release: *SEC Issues Investigative Report Concluding DAO Tokens, a Digital Asset, Were Securities,* SEC (July 25, 2017), https://www.sec.gov/news/press-release/2017-131.

[47]    Dave Michaels and Paul Vigna, "SEC Fires Warning Shot Against Coin Offerings," WALL STREET JOURNAL (Nov. 9, 2017).

**CLASS ACTION ALLEGATIONS**

87.    This suit is brought as a class action pursuant to Section 382 of the California Code of Civil Procedure, on behalf of a Class of all persons or entities who purchased XRP from July 3, 2015 through the present.  Excluded from the Class are Defendants; the officers and directors of the Company and XRP II at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which Defendants have or had a controlling interest.

88.    Plaintiff reserves the right to amend the Class definition if further investigation and/or discovery indicate that the Class definition should be modified.

89.    The members of the Class are so numerous that joinder of all members is impracticable. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are thousands of members of the proposed Class.  The members of the proposed Class may be identified from records maintained by the Company and may be notified of the pendency of this action by mail, using customary forms of notice that are commonly used in securities class actions.

90.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct.

91.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

92.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

       (a)    whether XRP are securities under the Securities Act;

       (b)    whether the sale of XRP violates the registration requirements of the Securities Act; and

       (c)    to what extent Plaintiff and members of the Class have sustained damages and the proper measure of damages.

93.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

### CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**Unregistered Offering and Sale of Securities in Violation of
Sections 5 and 12(a)(1)of the Securities Act
(Against All Defendants)**

94.     Plaintiff, on behalf of himself and all others similarly situated, realleges and incorporates herein by reference each and every allegation contained in the preceding paragraphs of this complaint, and further alleges as follows:

95.     Defendants, and each of them, by engaging in the conduct described above, directly or indirectly, made use of means or instruments of transportation or communication in interstate commerce or of the mails, to offer to sell or to sell securities, or to carry or cause such securities to be carried through the mails or in interest commerce for the purpose of sale or for delivery after sale.

96.     XRP are securities within the meaning of Section 2(a)(1) of the Securities Act, 15 U.S.C. §77b(a)(1).

97.     Plaintiff and members of the Class purchased XRP securities.

98.     No registration statements have been filed with the SEC or have been in effect with respect to any of the offerings alleged herein.  No exemption to the registration requirement applies.

99.     SEC Rule 159A provides that, for purposes of Section 12(a)(2), an "issuer" in "a primary offering of securities" shall be considered a statutory seller.  17 C.F.R. § 230.159A(a).  The Securities Act in turn defines "issuer" to include every person who issues or proposes to issue any security.  15 U.S.C. § 77b(a)(4).  Ripple Labs and XRP II are issuers of XRP.

100.    The U.S. Supreme Court has held that statutory sellers under §12(a)(1) also include "the buyer's immediate seller" and any person who actively solicited the sale of the securities to plaintiff and

did so for financial gain. *See Pinter v. Dahl*, 486 U.S. 622, 644 n.21 & 647 (1988)*; accord, e.g.*, *Steed Finance LDC v. Nomura Sec. Int'l, Inc.* No. 00 Civ. 8058, 2001 WL 1111508, at *7 (S.D.N.Y. Sept. 20, 2001). That is, §12(a)(1) liability extends to sellers who actively solicit the sale of securities with a motivation to serve their own financial interest or those of the securities owner. *Pinter v. Dahl*, 486 U.S. 622, 647 (1988); *Capri v. Murphy*, 856 F.2d 473, 478 (2d Cir. 1988). Ripple Labs, XRP II, and the Individual Defendants are all statutory sellers.

101. By reason of the foregoing, each of the Defendants have violated Sections 5(a), 5(c), and 12(a) of the Securities Act, 15 U.S.C. §§77e(a), 77e(c), and 77l(a).

102. As a direct and proximate result of Defendants' unregistered sale of securities, Plaintiff and the Class have suffered damages in connection with their XRP purchases.

**SECOND CAUSE OF ACTION**

**Violation of Section 15 of the Securities Act**
**(Against Ripple Labs and the Individual Defendants)**

103. Plaintiff, on behalf of himself and all others similarly situated, realleges and incorporates herein by reference, each and every allegation contained in the preceding paragraphs of this Complaint, and further alleges as follows:

104. This Count is asserted against Defendants Ripple Labs and the Individual Defendants (collectively, the "Control Person Defendants") under Section 15 of the Securities Act, 15 U.S.C. §77o.

105. The Control Person Defendants, by virtue of their offices, ownership, agency, agreements or understandings, and specific acts were, at the time of the wrongs alleged herein, and as set forth herein, controlling persons within the meaning of Section 15 of the Securities Act. The Control Person Defendants, and each of them, had the power and influence and exercised the same to cause the unlawful offer and sale of XRP securities as described herein.

106. The Control Person Defendants, separately or together, possess, directly or indirectly, the power to direct or cause the direction of the management and policies of XRP II, through ownership of voting securities, by contract, subscription agreement, or otherwise.

107. The Control Person Defendants also have the power to direct or cause the direction of the management and policies of Ripple Labs.

20

COMPLAINT

1    108.   The Control Person Defendants, separately or together, have sufficient influence to have

2    caused XRP II and/or Ripple Labs to submit a registration statement.

3    109.   The Control Person Defendants, separately or together, jointly participated in Ripple

4    Labs' and/or XRP II's failure to register XRP.

5    110.   By virtue of the conduct alleged herein, the Control Person Defendants are liable for the

6    wrongful conduct complained of herein and are liable to Plaintiff and the Class for rescission and/or

7    damages suffered.

8    **PRAYER FOR RELIEF**

9    WHEREFORE, Plaintiff prays for judgment as follows:

10   A.    Declaring this action to be a proper class action and certifying Plaintiff as Class

11   representative;

12   B.    Declaring that Defendants offered and sold unregistered securities in violation of

13   Sections 5(a), 12(a), and 15 of the Securities Act;

14   C.    Awarding Plaintiff and the other members of the Class rescission of their XRP purchases;

15   D.    Awarding Plaintiff and the other members of the Class compensatory damages;

16   E.    Awarding Plaintiff and the other members of the Class pre-judgment and post-judgment

17   interest, as well as reasonable attorneys' fees, expert witness fees, and other costs and disbursements;

18   F.    Requiring an accounting of all remaining assets and funds raised by Defendants through

19   the sale of XRP;

20   G.    Imposing a constructive trust over the assets and funds raised by Defendants through the

21   sale of XRP;

22   H.    Enjoining and restraining Defendants from violating the securities laws through the

23   continued unregistered sale of XRP; and

24

25

26

27

28

1    I.    Awarding Plaintiff and the other members of the Class such other and further relief as the

2  Court may deem just and proper.

3

4  DATED: July 3, 2018                              SCOTT+SCOTT ATTORNEYS AT LAW LLP

5

6                                                  JOHN T. JASNOCH (CA 281605)
                                                   600 W. Broadway, Suite 3300
7                                                  San Diego, CA 92101
                                                   Telephone: 619-233-4565
8                                                  Facsimile: 619-233-0508
                                                   Email: jjasnoch@scott-scott.com
9
                                                   SCOTT+SCOTT ATTORNEYS AT LAW LLP
10                                                 THOMAS L. LAUGHLIN, IV (Pro Hac Vice
                                                   forthcoming)
11                                                 RHIANA SWARTZ
                                                   The Helmsley Building
12                                                 230 Park Avenue, 17th Floor
                                                   New York, NY 10169
13                                                 Telephone: 212-223-6444
                                                   Facsimile: 212-223-6334
14                                                 Email: tlaughlin@scott-scott.com
                                                          rswartz@scott-scott.com
15
                                                   Counsel for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28
                                            22

# EXHIBIT C

```
18 – CIV – 03461
ORD
Order
1469551
```

FILED
SAN MATEO COUNTY

NOV. - 1 2018

Clerk of the Superior Court

By
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf Of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>RIPPLE LABS INC. et al.<br><br>        Defendants, | Case No.  18 CIV 03461<br>CLASS ACTION<br><br>ORDER DEEMING CASE RELATED AND CONSOLIDATING ACTION INTO MASTER FILE NO. 18CIV02845<br><br>Dept.:  Hon. Richard H. DuBois<br>      Dept. 16 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Master File consolidated class action cases, 18CIV02845, were previously designated as complex and single assigned to Department 16, Honorable Richard DuBois.

On October 25, 2018, Defendant Ripple Labs Inc. in 18CIV03461, a putative class action, filed a Notice of Related Case, indicating that the action is related to *In re Ripple Labs Inc Litigation,* Master file No. 18CIV02845.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1.      Notice of Related Case having been filed and served, and no opposition or objection filed and served, the case of *Greenwald vs. Ripple Labs Inc 18CIV03461* is deemed "related" to the pending consolidated class actions entitled *In re Ripple Labs Inc Litigation,* Master file No. 18CIV02845.

2.      Pursuant to the order in Master File No. 18CIV02845 consolidating related class actions, and having been previously assigned for all purposes to Department 16, the case of *Greenwald vs. Ripple*

1    *Labs Inc 18CIV03461* is ordered CONSOLIDATED as part of Master File No. 18CIV02845.

2         3.    Accordingly, any Complex Status Conference or Case Management Conference previously

3    set for 18CIV03461 is VACATED.  The Case Management Conference in the Master file set for November

4    16, 2018 at 10:30 a.m. in Department 16 shall remain on calendar.

5

6

7    Dated:    OCT 3 1 2018    By: _____

8                                    Richard H. DuBois
                                     JUDGE OF THE SUPERIOR COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**SUPERIOR COURT OF SAN MATEO COUNTY**
Civil Department
400 County Center, Redwood City, CA 94063
(650) 261-5100
www.sanmateocourt.org

**FILED**
SAN MATEO COUNTY
NOV - 1 2018
Clerk of the Superior Court
By_____
DEPUTY CLERK

## AFFIDAVIT OF MAILING

Date: 11/1/2018

In the Matter of: AVNER GREENWALD  vs.  RIPPLE LABS, INC., a Delaware Corporation, et al
Case No.: 18-CIV-03461

    I declare under penalty of perjury that on the following date I deposited in the United States Post Office mail box at Redwood City, a true copy of the attached document(s) ORDER DEEMING CASE RELATED AND CONSOLIDATING ACTION INTO MASTER FILE NO. 18CIV02845, enclosed in an envelope, with proper and necessary postage thereon, and addressed to the following:

Executed on: 11/1/2018

Neal I. Taniguchi, Court Executive Officer/Clerk

By: _____

Andrea Daley, Deputy Clerk

<u>Copies Mailed To:</u>

BRIAN J. ROBBINS
STEPHEN J. ODDO
600 B STREET, SUITE 1900
SAN DIEGO, CA  92101

SHAWN A. WILLIAMS
ROBBINS, GELLER, RUDMAN & DOWD LLP
POST MONTGOMERY CENTER
ONE MONTGOMERY STREET, SUITE 1800
SAN FRANCISCO, CA 94104

BRIAN O'MARA
ROBBINS, GELLER, RUDMAN & DOWD LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

PETER B. MORRISON
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA  90071

JOHN NEUKOM
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 UNIVERSITY AVENUE, SUITE 1400
PALO ALTO, CA 94301

18 – CIV – 03461
AFM
Affidavit of Mailing
1468990

Rev. Jun. 2016

MARY JO WHITE
DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022

JOHN T. JASNOCH
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 WEST BROADWAY, SUITE 3300
SAN DIEGO, CA 92101

THOMAS L. LAUGHLIN, IV
RHIANA L. SWARTZ
SCOTT+SCOTT ATTORNEYS AT LAW LLP
THE HELMSLEY BUILDING
230 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10169