1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10

11  RYAN COFFEY, individually and on behalf of    )   CASE NO.: 18-cv-03286-PJH
    all others similarly situated,                )
12                                                )   **[PROPOSED] ORDER DEEMING**
                           Plaintiff,             )   **CASES RELATED**
                                                  )
13              v.                                )
                                                  )
14  RIPPLE LABS INC., et al.,                     )
                                                  )
15                         Defendants.            )
                                                  )
16                                                )
                                                  )
17                                                )
                                                  )
18 _____ )

19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita filed an Administrative Motion to Consider Whether Cases Should Be Related, requesting that <u>Zakinov et al v. Ripple Labs Inc. et al.</u>, No. 4:18-cv-06753-WHA (N.D. Cal. Nov. 7, 2018) (the "Zakinov Action") be designated as related to the above captioned action, <u>Ryan Coffey v. Ripple Labs, Inc. et al.</u>, No. 18-cv-03286-PJH (N.D. Cal. June 1, 2018) (the "Coffey Action"). |

Good cause having been shown, IT IS HEREBY ORDERED that the Zakinov Action is related to the Coffey Action.

DATED: _____, 2018

                                              _____
                                              Hon. Phyllis J. Hamilton
                                              United States District Judge
                                              Northern District of California